| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| DISTRICT OF NEVADA | |

| Case number *(if known)* | | Chapter | 11 |
|---|---|---|---|

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | BLITZ NV, LLC |
|---|---|---|

| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
|---|---|---|

| 3. | Debtor's federal Employer Identification Number (EIN) | 47-1991304 |
|---|---|---|

| 4. | Debtor's address | **Principal place of business**<br><br>**5990 West Patrick Lane**<br>**Las Vegas, NV 89118**<br>Number, Street, City, State & ZIP Code<br><br>**Clark**<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | Debtor's website (URL) | |
|---|---|---|

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: |
|---|---|---|

| Debtor | **BLITZ NV, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

| Debtor | BLITZ NV, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?    _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other    _____

Where is the property?    _____

Number, Street, City, State & ZIP Code

Is the property insured?

☐ No

☐ Yes.    Insurance agency    _____

Contact name    _____

Phone    _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| Debtor | **BLITZ NV, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million          ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million          ☐ More than $50 billion

| Debtor | BLITZ NV, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Request for Relief, Declaration, and Signatures |
|---|

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September 6, 2023
                        MM / DD / YYYY

─DocuSigned by:

X _Jason Verona_                                              Jason Verona
   Signature of authorized representative of debtor            Printed name

Title    **Chief Operating Officer**

**18. Signature of attorney**    X _[signature]_                        Date    September 6, 2023
                                  Signature of attorney for debtor                      MM / DD / YYYY

**Brett A. Axelrod 5859**
Printed name

**Fox Rothschild LLP**
Firm name

**1980 Festival Plaza Drive, Suite 700**
**Las Vegas, NV 89135**
Number, Street, City, State & ZIP Code

Contact phone    **(702) 262-6899**        Email address    **baxelrod@foxrothschild.com**

**5859 NV**
Bar number and State

## BITZ NV, LLC

### ACTION BY WRITTEN CONSENT OF THE CHIEF OPERATING OFFICER

IT IS RESOLVED that in the judgment of the Chief Operating Officer, it is desirable and in the best interests of BLITZ NV, LLC, a Nevada limited liability company (the "Company"), that the Company commence a Subchapter V of chapter 11 case (the "Chapter 11 Case") by filing a voluntary petition for relief under the provisions of chapter 11 of title 11, of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court"); and it is

FURTHER RESOLVED that the Chief Operating Officer of the Company or any other duly authorized officer or officers (the "Proper Officers") of the Company are hereby authorized and empowered to execute and verify or certify on behalf of, and in the name of, the Company, a voluntary petition for relief under chapter 11 of the Bankruptcy Code and to cause appropriate documents to be filed in the United States Bankruptcy Court for the District of Nevada, and any affidavits, forms, schedules, lists, applications or any other pleadings or documents which are necessary or appropriate to file the voluntary petition; and it is

FURTHER RESOLVED that the Proper Officers of the Company be, and they hereby are, authorized and empowered to execute on behalf of, and in the name of, the Company any and all plans of reorganization under chapter 11 of the Bankruptcy Code, including any and all modifications, supplements, and amendments thereto, and to cause the same to be filed in the United States Bankruptcy Court for the District of Nevada at such time as said authorized officer executing the same shall determine; and it is

FURTHER RESOLVED that in connection with the commencement of the chapter 11 case by the Company, the Proper Officers of the Company be and hereby are, authorized and empowered on behalf of, and in the name of, the Company to execute and file all first-day pleadings and related documents on such terms and conditions as such officer or officers executing the same may consider necessary, proper or desirable, such determination to be conclusively evidenced by such execution or the taking of such action, and to consummate the transactions contemplated by such agreements or instruments on behalf of the Company; and it is

FURTHER RESOLVED that the law firm of Fox Rothschild, LLP, is hereby employed as general bankruptcy counsel for the Company upon such terms and conditions as the Proper Officers shall approve, to render legal services to, and to represent, the Company in connection with the chapter 11 case, subject to Bankruptcy Court approval, and in connection therewith, the Proper Officers of the Company are hereby authorized and directed to execute appropriate retention agreements and pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case and cause to be filed with the Bankruptcy Court an appropriate application for authority to retain the services of such firm; and it is

Active\95999140.v1-10/1/19

FURTHER RESOLVED that the Proper Officers of the Company are hereby authorized to employ and retain on behalf of the Company such other professionals as they deem necessary or appropriate upon such terms and conditions as the Proper Officers shall approve, to provide services to the Company as may be requested by the Property Officers of the Company in connection with the chapter 11 case and with respect to other related matters, with a view to the successful prosecution of such case; and it is

FURTHER RESOLVED that the Proper Officers of the Company be, and they hereby are, authorized and empowered to obtain post-petition financing according to terms negotiated, or to be negotiated, by management of the Company, including under debtor-in-possession credit facilities or relating to the use of cash collateral, and to enter into any guarantees and to pledge or grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreements, and in connection therewith, such affairs of the Company, are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements, and related ancillary documents; and it is

FURTHER RESOLVED that the Proper Officers of the Company are authorized and directed to take any and all further action, and to execute and deliver in the name of, and on behalf of, the Company, any and all such other and further instruments and documents and to pay all such expenses (subject to Bankruptcy Court approval), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

FURTHER RESOLVED that all acts lawfully done or actions lawfully taken by the Proper Officers or the Manager of the Company to file the voluntary petition for relief under chapter 11 of the Bankruptcy Code or in any other connection with the chapter 11 case of the Company, or any matter related thereto, or by virtue of these resolutions be, and hereby are, in all respects ratified, confirmed, and approved.

IN WITNESS WHEREOF, the undersigned has signed this Written Consent as of this 6th day of September, 2023.

**BLITZ NV, LLC,**
**a Nevada limited liability company**

By: *Jason Verona*
Jason Verona, Chief Operating Officer

Active\95999140.v1-10/1/19

**2:01 PM**
**09/06/23**
**Accrual Basis**

**Blitz NV, LLC**
**Balance Sheet**
As of August 31, 2023

|  |  | Aug 31, 23 |
|---|---|---:|
| **ASSETS** | | |
| | **Current Assets** | |
| | **Checking/Savings** | |
| | Esquire Bank 1022028680 | 28,624.20 |
| | Greater NV Credit Union 5295 | 2,886.41 |
| | Greater NV Credit Union S5287 | 10.04 |
| | NBKC Bank 8240001 | 2,491.00 |
| | **Total Checking/Savings** | 34,011.65 |
| | | |
| | **Other Current Assets** | |
| | | |
| | Loan to Goat Airways | 8,297,857.01 |
| | Loan to Bilzerian Entertainment | 971,750.06 |
| | Loan to Uninclusive Agency LLC | 50,154.84 |
| | Trademarks | 21,135.70 |
| | **Total Other Current Assets** | 9,340,897.61 |
| | **Total Current Assets** | 9,374,909.26 |
| | **Fixed Assets** | |
| | Leasehold H.A. Improvements | 402,577.90 |
| | Leasehold Improve H.A. Accum | -351,340.78 |
| | Leasehold Improve Rec Accum | -365,328.90 |
| | Leasehold Rec Improvements | 431,422.24 |
| | **Total Fixed Assets** | 117,330.46 |
| | **Other Assets** | |
| | Investment in Fitspot Ventures | 100,000.00 |
| | Maven Creative LLC | 15,000.00 |
| | Organization Costs | 1,000.00 |
| | **Total Other Assets** | 116,000.00 |
| | **TOTAL ASSETS** | **9,608,239.72** |
| **LIABILITIES & EQUITY** | | |
| | **Liabilities** | |
| | **Current Liabilities** | |
| | Accounts Payable | -3,789.23 |
| | **Total Accounts Payable** | -3,789.23 |
| | **Other Current Liabilities** | |
| | Loan From 30 Meadowhawk Lane LLC | 253,318.35 |
| | Loan from Shareholder | 3,937,803.91 |
| | **Total Other Current Liabilities** | 4,191,122.26 |
| | **Total Current Liabilities** | 4,187,333.03 |
| | **Total Liabilities** | 4,187,333.03 |
| | **Equity** | |
| | Members Equity | 6,127,620.18 |
| | Owner's Contributions | 499,930.00 |
| | Net Income | -1,206,643.49 |
| | **Total Equity** | 5,420,906.69 |
| | **TOTAL LIABILITIES & EQUITY** | **9,608,239.72** |

# Blitz NV, LLC
# Profit & Loss
## January through August 2023

|  |  | Jan - Aug 23 |
|---|---|---:|
| **Income:** |  |  |
| **Marketing Income** |  | 707,004.64 |
| **Miscellaneous Income** |  | 158,206.41 |
| **Promotional Income** |  | 34,364.00 |
| | **Total Income** | **899,575.05** |
| | **Gross Profit** | **899,575.05** |
| **Expenses:** |  |  |
| **Bank Charges** |  | 325.19 |
| **Computer Expenses** |  | 14,724.71 |
| **Courier Services** |  | 6,129.29 |
| **Dues & Subscriptions** |  | 8,361.14 |
| **Insurance - Business Auto** |  | 1,617.24 |
| **Insurance - Commercial Property** |  | 52,223.26 |
| **Insurance - General Liability** |  | 3,372.75 |
| **Insurance - Workers Comp** |  | 180.00 |
| **Furniture & Equipment** |  | 4,184.75 |
| **Outside Professional Service** |  | 16,438.84 |
| **Repairs & Maintenance** |  | 105,383.28 |
| **Security Expense** |  | 128,611.74 |
| **Supplies** |  | 100,198.24 |
| **Taxes & Licenses** |  | 32,632.61 |
| **Travel Expenses** |  | 26,898.18 |
| **Utilities** |  | 67,358.50 |
| **Vehicle Expense** |  | 145,695.56 |
| **Other** |  | 1,099.85 |
| **Office Internet & Phone Expense** |  | 4,709.89 |
| **Office Supplies** |  | 674.37 |
| **Outside Services - General** |  | 48,559.75 |
| **Payroll Expenses** |  | 420,826.68 |
| **Postage** |  | 186.70 |
| **Legal Expense** |  | 160,285.29 |
| **Other Professional Services** |  | 91,515.57 |
| **Payroll Processing & HR Admin** |  | 10,965.73 |
| **Security Expense** |  | 6,635.71 |
| **Professional Services - Other** |  | 500.00 |
| **Rent Expense** |  | 40,000.00 |
| **Repairs & Maintenance** |  | 7,667.87 |
| **Supplies Expense** |  | 41,140.53 |
| **Taxes & Licenses** |  | 1,207.62 |
| **Travel Expenses** |  | 421,815.70 |
| **Amortization Expense** |  | 134,092.00 |
| | **Total Expense** | **2,106,218.54** |
| | **Net Income** | **1,206,643.49** |

# Blitz NV, LLC
## Statement of Cash Flows
### January through August 2023

|  | Jan - Aug 23 |
|---|---|
| **OPERATING ACTIVITIES** |  |
| Net Income | -1,206,643.49 |
| Adjustments to reconcile Net Income |  |
| to net cash provided by operations: |  |
| Loan from Shareholder | 2,095,666.67 |
| Loan to Bilzerian Entertainment | 6,100.00 |
| Due from Ignite International | 9,290.43 |
| Loan to Uninclusive Agency LLC | 101,454.39 |
| Accounts Payable | -227,864.27 |
| Loan from 30 Meadowhawk Lane LLC | 40,000.00 |
| Loan to Goat Airways | -972,575.02 |
|  |  |
| Net cash provided by Operating Activities | -154,571.29 |
|  |  |
| **INVESTING ACTIVITIES** |  |
| Leasehold Improve H.A. Accum | 58,556.80 |
| Leasehold Improve Rec Accum | 75,535.20 |
| Supplement Company | -15,000.00 |
|  |  |
| Net cash provided by Investing Activities | 119,092.00 |
| Net cash increase for period | -35,479.29 |
| Cash at beginning of period | 69,490.94 |
| Cash at end of period | **34,011.65** |

## Blitz Cash Position for all bank accounts

| Acct # | Entity | Bank Acct Description | Bank | Pending Adj. | Cash Postion as of 08.31.23 |
|---|---|---|---|---|---|
| | Blitz NV, LLC | Esquire Bank | | | 28,624.20 |
| 886215295 | Blitz NV, LLC | Greater Nevada Credit Union - Checking | GNCU | | 2,886.41 |
| 886215287 | Blitz NV, LLC | Greater Nevada Credit Union - Savings | GNCU | | 10.04 |
| 90004055347G | Blitz NV, LLC | NBKC Bank - Checking | NBKC | | 2,491.00 |
| | | | **Total** | | 34,011.65 |

---

**Fill in this information to identify the case:**

Debtor name   **BLITZ NV, LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)  _____

☐ Check if this is an amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 6, 2023**   X *Jason Verona*
                                       Signature of individual signing on behalf of debtor

                                     **Jason Verona**
                                     Printed name

                                       **Chief Operating Officer**
                                       Position or relationship to debtor

---

Official Form 202                     Declaration Under Penalty of Perjury for Non-Individual Debtors

Debtor name | BLITZ NV, LLC

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                          12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 30 Meadowlark Lane LLC 5990 W. Patrick Lane Las Vegas, NV 89118 | | | | | | $0.00 |
| International Investments, Ltd. 858 Zenway Blvd. Frigate Bay, St. Kitts. P.O. Box 2086 Basseterre, St. Kitts | | | | | | $0.00 |
| Steel Supplements, Inc. c/o Smith Gambrell & Russell LLP 201 North Franklin Street, Suite 3550 Tampa, FL 33602 | | Lawsuit Filed. | Disputed | | | $0.00 |

# United States Bankruptcy Court
## District of Nevada

In re   **BLITZ NV, LLC**

Debtor(s)

Case No. _____

Chapter   **11**   _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Operating Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **September 6, 2023**

DocuSigned by:

*Jason Verona*

C81768E8D1DC48C...

**Jason Verona/Chief Operating Officer**
Signer/Title

.

BLITZ NV, LLC
5990 West Patrick Lane
Las Vegas, NV 89118

Brett A. Axelrod
Fox Rothschild LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135

30 Meadowlark Lane LLC
5990 W. Patrick Lane
Las Vegas, NV 89118

Brian Goodrich
Acct No N/A
Bentley Goodrich Kison
783 S. Orange Avenue, 3rd Floor
Sarasota, FL 34239

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy.
Box 551401
Las Vegas, NV 89155-1401

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy.
Box 551220
Las Vegas, NV 89155-1220

Dan Blizerian
5990 W. Patrick Lane
Las Vegas, NV 89118

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Goat Works, LLC
121 Wisconsin Avenue, Suite 101
Whitefish, MT 59937

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

International Investments, Ltd.
858 Zenway Blvd.
Frigate Bay, St. Kitts.
P.O. Box 2086
Basseterre, St. Kitts

Jeffrey J. Catalano
Acct No N/A
Smith Gambrell & Russell LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606

Nevada Department of Taxation
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Steel Supplements, Inc.
Acct No N/A
c/o Smith Gambrell & Russell LLP
201 North Franklin Street, Suite 3550
Tampa, FL 33602

U.S. Small Business Administration
Office of General Counsel
312 N. Spring St., 5th Floor
Los Angeles, CA 90012

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101