BRETT A. AXELROD, ESQ., NV Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ., NV Bar No. 16264
JEANETTE E. McPHERSON, ESQ., NV Bar No. 5423
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
      nkoffroth@foxrothschild.com
      jmcpherson@foxrothschild.com

*[Proposed] Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Case No. BK-S-23-13871-NMC |
| BLITZ NV, LLC, | Chapter 11 (Subchapter V) |
| Debtor. | **DECLARATION OF HEATHER L. RIES IN SUPPORT OF DEBTORS' MOTION FOR (A) SANCTIONS AND/OR DAMAGES FOR VIOLATION OF THE AUTOMATIC STAY AND (B) HOLDING THE STEEL SUPPLEMENTS, INC. IN CONTEMPT** |

I, Heather L. Ries, being duly sworn, hereby deposes and declares under penalty of perjury:

1. I am over the age of 18, am mentally competent, and if called upon to testify as to the statements made herein, could and would do so.

2. I am a partner with the law firm of Fox Rothschild LLP, counsel for Blitz NV, LLC ("Debtor") in the above-captioned bankruptcy case.

3. I make this Declaration in support of Debtors' *Motion for Entry of Order (A) Awarding Sanctions and/or Compensatory and Punitive Damages for Intentional and Willful Violations of the Automatic Stay and (B) Holding the Steel Supplements, Inc. in Contempt of Court* (the "Contempt Motion").[1]

4. Based upon my review of the bankruptcy docket, Steel did not seek any relief from the Bankruptcy Court prior to filing its September 7, 2023 Motion to Reopen Case in the United States

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Contempt Motion.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1  District Court for the Middle District of Florida ("Fla. District Court") titled *Steel Supplements, Inc.*

2  *v. Blitz NV, LLC* with Case No. 8:20-cv-02972-WFJ-TGW, either prior to or after September 7, 2023.

3  A true and correct copy of the Motion to Reopen Case is attached hereto as **Exhibit 1.**

4       5.      On September 7, 2023, counsel for the Debtor, Brett Axelrod, sent counsel for Steel a

5  letter (the "September 7th Letter") a letter by e-mail advising Steel that its Motion to Reopen Case

6  was in direct violation of the automatic stay and demanding that the motion be withdrawn by Monday,

7  September 11, 2023. A true and correct copy of the September 7th Letter is attached hereto as **Exhibit**

8  **2.**

9       6.      To date, Steel has not withdrawn its Motion to Reopen Case.

10      7.      On September 11, 2023, Steel's counsel sent an e-mail to Debtor's counsel, Brett A.

11  Axelrod. A true and correct copy of the September 11, 2023 e-mail is attached hereto as **Exhibit 3.**

12      I declare, under penalty of perjury of the laws of the United States of America, that the

13  foregoing statements are true and correct to the best of my knowledge, information and belief.

14      Executed this 12th day of September, 2023, in West Palm Beach, Florida.

15

16  _____
    Heather L. Ries

17

18

19

20

21

22

23

24

25

26

27

28

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

149202207.1

# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**STEEL SUPPLEMENTS, INC.,**
a Florida corporation,

      Plaintiff,

v.                         **Case No. 8:20-cv-02971-WFJ-TGW**

**BLITZ NV, LLC,** a Nevada
limited liability company,

      Defendant.

_____/

## PLAINTIFF'S MOTION TO REOPEN CASE

The parties filed a joint notice of settlement in this case on August 8, 2023, advising the Court of their agreement to resolve the remaining claims and conclude this years-long litigation. The Court canceled the bench trial that was scheduled to begin two days later and entered a 30-day dismissal order, dismissing the case (without prejudice for 30 days, and then with prejudice following 30 days) subject to (1) the parties' right to submit a stipulated form of final order or judgment or (2) any party to move to reopen the action, upon good cause shown. This filing should have been the parties' joint motion for entry of final judgment pursuant to their settlement. Instead, Blitz's post-settlement conduct has forced STEEL to request the Court provide the latter option for relief: reopening the action upon good cause, as shown herein.

1

1.     The Court's summary judgment order disposed of the bulk of the parties' claims in this case. The parties were scheduled to try the remaining claims at the bench trial scheduled for August 10 and 11.

2.     On August 3, 2023, the parties attended the Court's pre-trial conference. At that time, the Court clarified its summary judgment ruling interpreting the meaning of "gross sales" under the Personal Services Sponsorship/License Agreement at the center of this lawsuit. That discussion made it unmistakably clear that STEEL had overpaid Blitz by nearly one-half million dollars.

3.     On August 4, 2023, after extensive negotiation, the parties reached a settlement. The essential settlement terms were set forth in an email from STEEL's counsel, Jason Stearns, to Blitz's counsel, as follows:

> Blitz agrees to a consent judgment in the amount of $486,868.43 in favor of STEEL. The parties file a joint stipulation of dismissal with prejudice of all remaining claims, with each party to bear its own attorneys' fees and costs. The parties submit a proposed final judgment to the Court for entry of an award in favor of STEEL and against Blitz for $486,868.43 and that the agreement is terminated. The parties agree to waive all rights to appeal and for any attorneys' fees. In other words, we will have to have a stipulation and/or agreement that this matter will be final and there are no appeal rights.

Ex. A.

4.     Blitz accepted STEEL's settlement offer. In an email, Blitz's counsel, Evan Berger, responded: "We have spoken with Blitz and they accept.

2

Let's talk later this afternoon about the mechanics and advising the court." Ex. A.

5.    After advising the Court of the settlement, counsel for STEEL drafted a settlement agreement, joint motion for entry of final judgment, and proposed final judgment in accordance with the parties' agreement. Counsel for STEEL provided the drafts to counsel for Blitz on August 14, 2023.

6.    Over the next several weeks, counsel for STEEL repeatedly followed up with counsel for Blitz to finalize the documents for filing.

7.    On August 21, 2023, counsel for Blitz attempted to renegotiate the essential terms of the settlement, asking that the long form agreement include a confidentiality provision in exchange for certain payment terms. Blitz's proposed confidentiality term was inconsistent with the essential terms of the parties' agreement, which provided for entry of a final judgment in favor of STEEL and against Blitz.

8.    On August 25, 2023, counsel for STEEL informed counsel for Blitz that STEEL would not incorporate Blitz's new terms into the settlement.

9.    Blitz refuses to execute the long-form settlement agreement, consent to the draft proposed final judgment, or otherwise cooperate to complete the documents necessary to effectuate the agreed settlement.[1]

---

[1] This is an indictment of Blitz, not its counsel. To be clear, STEEL is not suggesting any misconduct by Blitz's counsel.

10. On September 5, 2023, Mr. Berger called Mr. Stearns and informed him that Blitz would not proceed with the parties' agreement without confidentiality. Mr. Berger acknowledged that the parties did not negotiate for that term, stated he understood STEEL would file a motion to enforce the terms of the settlement, and stated that he could not file an opposition in good faith.

11. Mr. Berger stated he would reach out to Blitz one more time to ensure Blitz's final position on the matter and would contact Mr. Stearns that afternoon to let him know.

12. Mr. Berger did not contact Mr. Stearns that afternoon. Mr. Stearns followed up by email the following morning, on September 6, and Mr. Berger responded that he was told he would have a "final answer" from his client by 2 pm that day and would let Mr. Stearns know "as soon as we connect, but as of now, no change from yesterday." Mr. Berger did not contact Mr. Stearns for the remainder of the day.

13. At 8:08 p.m. on September 6, counsel for STEEL received an email correspondence from the law firm of Fox Rothschild LLP. The correspondence included three bankruptcy court filings, including Blitz's petition to the Nevada bankruptcy court dated September 6, 2023. Comp. Ex. B.

14. Based on the foregoing, there is good cause to reopen this case. This action was dismissed without prejudice and closed on the condition of

settlement, under which Blitz now refuses to perform (and is taking active steps to avoid). Accordingly, the Court should reopen the case for further proceedings, including, but not limited to, future potential enforcement of the parties' settlement agreement or pretrial and trial proceedings. *See United States v. Sand Lake Cancer Center, P.A.*, No. 8:13-cv-2724, 2019 WL 12529099 (M.D. Fla. Nov. 26, 2019) (reopening case to enforce settlement agreement), *aff'd sub nom. Broadnax v. Sand Lake Cancer Center, P.A.*, 819 Fed. Appx. 799 (11th Cir. 2020).

15.     To not reopen the case, but to permit it to be dismissed with prejudice upon the conclusion of 30 days from the Court's August 8 Order, would result in prejudice to STEEL as it would leave STEEL with neither (1) enforcement of the bargained for settlement agreement nor, in the alternative, (2) the opportunity to continue litigating its claims against Blitz.[2]

WHEREFORE, STEEL respectfully requests the Court not dismiss this case with prejudice but instead reopen this case for further proceedings as necessary, including, but not limited to, future potential enforcement of the parties' settlement agreement or, in the alternative, future pretrial and trial proceedings.

---

[2] STEEL is currently evaluating the implications, if any, of the bankruptcy petition that was filed yesterday.

## Rule 3.01(g) conferral

As stated *supra*, Blitz's counsel expressed understanding that STEEL would file a motion to enforce the terms of the settlement, and stated that he could not file a good faith opposition and would be withdrawing from the case. In any event, it is STEEL's understanding, given the nature of the discussions described *supra*, that Blitz would oppose this motion.

Dated: September 7, 2023

/s/ *Jason P. Stearns*

Jason P. Stearns
Sarah A. Gottlieb
**SMITH, GAMBRELL & RUSSELL, LLP**
201 North Franklin Street, Suite 3550
Tampa, FL 33602
Phone: 813-488-2920
Fax: 813-488-2960
E-mail: jstearns@sgrlaw.com
        sgottlieb@sgrlaw.com
        ckitchell@sgrlaw.com

Jeffrey J. Catalano (admitted *pro hac vice*)
**SMITH, GAMBRELL & RUSSELL, LLP**
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
Phone: 312-360-6000
E-mail: jcatalano@sgrlaw.com

Brian D. Goodrich
**BENTLEY GOODRICH KISON, P.A.**
783 S. Orange Ave., Third Floor
Sarasota, FL 34239
Phone: 941-556-9030
Fax: 941-312-5316
E-mail: bgoodrich@bgk.law
        jbradley@bgk.law

SGR/6332966.1

*Attorneys for Plaintiff STEEL Supplements, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2023, I filed the foregoing Motion via CM/ECF which will serve all attorneys of record.

*/s/ Jason P. Stearns*

7

Exhibit A

## Re: STEEL/Blitz – 408 Settlement

**Berger, Evan** <EBerger@beckerlawyers.com>

Fri 8/4/2023 2:46 PM

To:Stearns, Jason <jstearns@sgrlaw.com>

Cc:Josef Mysorewala <josefm@lawjmm.com>;Gottlieb, Sarah <sgottlieb@sgrlaw.com>

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Jason,

We have spoken with Blitz and they accept.  Let's talk later this afternoon about the mechanics and advising the court.

Evan

_____

**Evan B. Berger**
Shareholder



Becker & Poliakoff
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301

 954.364.6055
 954.985.4176
 EBerger@beckerlawyers.com
 www.beckerlawyers.com
Connect with me on LinkedIn

Follow Becker on...


**Confidentiality Note**: This message, together with any attachments, may contain privileged and confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any examination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by reply e-mail and permanently delete the original message, along with any attachments. Thank you.

On Aug 4, 2023, at 9:59 AM, Stearns, Jason <jstearns@sgrlaw.com> wrote:

EXTERNAL EMAIL - This message originated from an External Source.

Rule 408 – Settlement Communication

Evan and Josef:

It was nice seeing you both yesterday. I am sending you this email confirmation of the settlement offer that remains open until 5:00 Eastern today.

Blitz agrees to a consent judgment in the amount of $486,868.43 in favor of STEEL. The parties file a joint stipulation of dismissal with prejudice of all remaining claims, with each party to bear its own attorneys' fees and costs. The parties submit a proposed final judgment to the Court for entry of an award in favor of STEEL and against Blitz for $486,868.43 and that the agreement is terminated. The parties agree to waive all rights to appeal and for any attorneys' fees. In other words, we will have to have a stipulation and/or agreement that this matter will be final and there are no appeal rights.

Jason

**Jason P. Stearns**
*Partner*

---

**p** | 813-488-2926
**f** | 813-488-2960
**e** | jstearns@sgrlaw.com
201 North Franklin Street **|** Suite 3550 **|** Tampa, FL 33602
www.sgrlaw.com  **|**  My Bio

---

Composite Exhibit B

## In re Blitz NV, LLC, BK-S-23-12871-NMC (Chapter 11 Subchapter V Bankruptcy Filing)

**Hosey, Angela <AHosey@foxrothschild.com>**

Wed 9/6/2023 8:08 PM

To:Gottlieb, Sarah <sgottlieb@sgrlaw.com>;Stearns, Jason <jstearns@sgrlaw.com>;josefm@lawjmm.com <josefm@lawjmm.com>;eberger@backerlawyers.com <eberger@backerlawyers.com>

Cc:Axelrod, Brett <BAxelrod@foxrothschild.com>

📎 3 attachments (2 MB)

01 - Voluntary Petition-C.pdf; 02 - Notice of 341 Meeting-C.pdf; 03 - Declaration Regarding E-Filing-C.pdf;

> You don't often get email from ahosey@foxrothschild.com. Learn why this is important

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Attached are copies of the Voluntary Petition (ECF 1), Notice of Bankruptcy (ECF 2), and Declaration of E-Filing (ECF 3) filed today regarding Blitz NV, LLC.

**Angela Hosey**
Paralegal
**Fox Rothschild LLP**
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
(702) 699-5927 - direct
(702) 597-5503 - fax
AHosey@foxrothschild.com
www.foxrothschild.com

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| DISTRICT OF NEVADA |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
| --- | --- | --- |
| 1. | Debtor's name | **BLITZ NV, LLC** |
| 2. | All other names debtor used in the last 8 years | |
| | Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **47-1991304** |
| 4. | Debtor's address | **Principal place of business** |

**Principal place of business**

**5990 West Patrick Lane**
**Las Vegas, NV 89118**
Number, Street, City, State & ZIP Code

**Clark**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
| --- | --- | --- |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | |

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | BLITZ NV, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

---

| Debtor | BLITZ NV, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

DocuSign Envelope ID: 9CDDAEE8-30B7-49C6-B558-461C70251A7A

| Debtor | **BLITZ NV, LLC** | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | Name | | | | |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | BLITZ NV, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September 6, 2023
         MM / DD / YYYY

X *Jason Verona*
    Signature of authorized representative of debtor

Jason Verona
Printed name

Title    **Chief Operating Officer**

**18. Signature of attorney**

X _____

Signature of attorney for debtor

Date   September 6, 2023
       MM / DD / YYYY

**Brett A. Axelrod 5859**
Printed name

**Fox Rothschild LLP**
Firm name

**1980 Festival Plaza Drive, Suite 700**
**Las Vegas, NV 89135**
Number, Street, City, State & ZIP Code

Contact phone   **(702) 262-6899**    Email address   baxelrod@foxrothschild.com

**5859 NV**
Bar number and State

DocuSign Envelope ID: 9CDDAEE8-30B3-482C-B5E8-461G7025147A

# BITZ NV, LLC

## ACTION BY WRITTEN CONSENT OF THE CHIEF OPERATING OFFICER

IT IS RESOLVED that in the judgment of the Chief Operating Officer, it is desirable and in the best interests of BLITZ NV, LLC, a Nevada limited liability company (the "Company"), that the Company commence a Subchapter V of chapter 11 case (the "Chapter 11 Case") by filing a voluntary petition for relief under the provisions of chapter 11 of title 11, of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court"); and it is

FURTHER RESOLVED that the Chief Operating Officer of the Company or any other duly authorized officer or officers (the "Proper Officers") of the Company are hereby authorized and empowered to execute and verify or certify on behalf of, and in the name of, the Company, a voluntary petition for relief under chapter 11 of the Bankruptcy Code and to cause appropriate documents to be filed in the United States Bankruptcy Court for the District of Nevada, and any affidavits, forms, schedules, lists, applications or any other pleadings or documents which are necessary or appropriate to file the voluntary petition; and it is

FURTHER RESOLVED that the Proper Officers of the Company be, and they hereby are, authorized and empowered to execute on behalf of, and in the name of, the Company any and all plans of reorganization under chapter 11 of the Bankruptcy Code, including any and all modifications, supplements, and amendments thereto, and to cause the same to be filed in the United States Bankruptcy Court for the District of Nevada at such time as said authorized officer executing the same shall determine; and it is

FURTHER RESOLVED that in connection with the commencement of the chapter 11 case by the Company, the Proper Officers of the Company be and hereby are, authorized and empowered on behalf of, and in the name of, the Company to execute and file all first-day pleadings and related documents on such terms and conditions as such officer or officers executing the same may consider necessary, proper or desirable, such determination to be conclusively evidenced by such execution or the taking of such action, and to consummate the transactions contemplated by such agreements or instruments on behalf of the Company; and it is

FURTHER RESOLVED that the law firm of Fox Rothschild, LLP, is hereby employed as general bankruptcy counsel for the Company upon such terms and conditions as the Proper Officers shall approve, to render legal services to, and to represent, the Company in connection with the chapter 11 case, subject to Bankruptcy Court approval, and in connection therewith, the Proper Officers of the Company are hereby authorized and directed to execute appropriate retention agreements and pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case and cause to be filed with the Bankruptcy Court an appropriate application for authority to retain the services of such firm; and it is

FURTHER RESOLVED that the Proper Officers of the Company are hereby authorized to employ and retain on behalf of the Company such other professionals as they deem necessary or appropriate upon such terms and conditions as the Proper Officers shall approve, to provide services to the Company as may be requested by the Property Officers of the Company in connection with the chapter 11 case and with respect to other related matters, with a view to the successful prosecution of such case; and it is

FURTHER RESOLVED that the Proper Officers of the Company be, and they hereby are, authorized and empowered to obtain post-petition financing according to terms negotiated, or to be negotiated, by management of the Company, including under debtor-in-possession credit facilities or relating to the use of cash collateral, and to enter into any guarantees and to pledge or grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreements, and in connection therewith, such affairs of the Company, are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements, and related ancillary documents; and it is

FURTHER RESOLVED that the Proper Officers of the Company are authorized and directed to take any and all further action, and to execute and deliver in the name of, and on behalf of, the Company, any and all such other and further instruments and documents and to pay all such expenses (subject to Bankruptcy Court approval), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

FURTHER RESOLVED that all acts lawfully done or actions lawfully taken by the Proper Officers or the Manager of the Company to file the voluntary petition for relief under chapter 11 of the Bankruptcy Code or in any other connection with the chapter 11 case of the Company, or any matter related thereto, or by virtue of these resolutions be, and hereby are, in all respects ratified, confirmed, and approved.

IN WITNESS WHEREOF, the undersigned has signed this Written Consent as of this 6th day of September, 2023.

BLITZ NV, LLC,
a Nevada limited liability company

By: *Jason Verona*

Jason Verona, Chief Operating Officer

# Blitz NV, LLC
## Balance Sheet
### As of August 31, 2023

| | Aug 31, 23 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **Esquire Bank 1022028680** | 28,624.20 |
| **Greater NV Credit Union 5295** | 2,886.41 |
| **Greater NV Credit Union S5287** | 10.04 |
| **NBKC Bank 8240001** | 2,491.00 |
| **Total Checking/Savings** | 34,011.65 |
| | |
| **Other Current Assets** | |
| | |
| **Loan to Goat Airways** | 8,297,857.01 |
| **Loan to Bilzerian Entertainment** | 971,750.06 |
| **Loan to Uninclusive Agency LLC** | 50,154.84 |
| **Trademarks** | 21,135.70 |
| **Total Other Current Assets** | 9,340,897.61 |
| **Total Current Assets** | 9,374,909.26 |
| **Fixed Assets** | |
| **Leasehold H.A. Improvements** | 402,577.90 |
| **Leasehold Improve H.A. Accum** | -351,340.78 |
| **Leasehold Improve Rec Accum** | -365,328.90 |
| **Leasehold Rec Improvements** | 431,422.24 |
| **Total Fixed Assets** | 117,330.46 |
| **Other Assets** | |
| **Investment in Fitspot Ventures** | 100,000.00 |
| **Maven Creative LLC** | 15,000.00 |
| **Organization Costs** | 1,000.00 |
| **Total Other Assets** | 116,000.00 |
| **TOTAL ASSETS** | **9,608,239.72** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | -3,789.23 |
| **Total Accounts Payable** | -3,789.23 |
| **Other Current Liabilities** | |
| **Loan From 30 Meadowhawk Lane LLC** | 253,318.35 |
| **Loan from Shareholder** | 3,937,803.91 |
| **Total Other Current Liabilities** | 4,191,122.26 |
| **Total Current Liabilities** | 4,187,333.03 |
| **Total Liabilities** | 4,187,333.03 |
| **Equity** | |
| **Members Equity** | 6,127,620.18 |
| **Owner's Contributions** | 499,930.00 |
| **Net Income** | -1,206,643.49 |
| **Total Equity** | 5,420,906.69 |
| **TOTAL LIABILITIES & EQUITY** | **9,608,239.72** |

# Blitz NV, LLC
# Profit & Loss
## January through August 2023

|  | Jan - Aug 23 |
|---|---:|
| **Income:** |  |
| Marketing Income | 707,004.64 |
| Miscellaneous Income | 158,206.41 |
| Promotional Income | 34,364.00 |
| **Total Income** | **899,575.05** |
| **Gross Profit** | **899,575.05** |
| **Expenses:** |  |
| Bank Charges | 325.19 |
| Computer Expenses | 14,724.71 |
| Courier Services | 6,129.29 |
| Dues & Subscriptions | 8,361.14 |
| Insurance - Business Auto | 1,617.24 |
| Insurance - Commercial Property | 52,223.26 |
| Insurance - General Liability | 3,372.75 |
| Insurance - Workers Comp | 180.00 |
| Furniture & Equipment | 4,184.75 |
| Outside Professional Service | 16,438.84 |
| Repairs & Maintenance | 105,383.28 |
| Security Expense | 128,611.74 |
| Supplies | 100,198.24 |
| Taxes & Licenses | 32,632.61 |
| Travel Expenses | 26,898.18 |
| Utilities | 67,358.50 |
| Vehicle Expense | 145,695.56 |
| Other | 1,099.85 |
| Office Internet & Phone Expense | 4,709.89 |
| Office Supplies | 674.37 |
| Outside Services - General | 48,559.75 |
| Payroll Expenses | 420,826.68 |
| Postage | 186.70 |
| Legal Expense | 160,285.29 |
| Other Professional Services | 91,515.57 |
| Payroll Processing & HR Admin | 10,965.73 |
| Security Expense | 6,635.71 |
| Professional Services - Other | 500.00 |
| Rent Expense | 40,000.00 |
| Repairs & Maintenance | 7,667.87 |
| Supplies Expense | 41,140.53 |
| Taxes & Licenses | 1,207.62 |
| Travel Expenses | 421,815.70 |
| Amortization Expense | 134,092.00 |
| **Total Expense** | **2,106,218.54** |
| **Net Income** | **1,206,643.49** |

2:14 PM
09/06/23

# Blitz NV, LLC
## Statement of Cash Flows
### January through August 2023

|                                                          | Jan - Aug 23   |
|----------------------------------------------------------|---------------:|
| **OPERATING ACTIVITIES**                                 |                |
|     Net Income                        | -1,206,643.49  |
|     Adjustments to reconcile Net Income |              |
|     to net cash provided by operations: |              |
|         Loan from Shareholder | 2,095,666.67 |
|         Loan to Bilzerian Entertainment | 6,100.00 |
|         Due from Ignite International | 9,290.43 |
|         Loan to Uninclusive Agency LLC | 101,454.39 |
|         Accounts Payable | -227,864.27 |
|         Loan from 30 Meadowhawk Lane LLC | 40,000.00 |
|         Loan to Goat Airways | -972,575.02 |
|         Net cash provided by Operating Activities | -154,571.29 |
|                                                          |                |
| **INVESTING ACTIVITIES**                                 |                |
|     Leasehold Improve H.A. Accum      | 58,556.80      |
|     Leasehold Improve Rec Accum       | 75,535.20      |
|     Supplement Company                | -15,000.00     |
|         Net cash provided by Investing Activities | 119,092.00 |
| **Net cash increase for period**                         | -35,479.29     |
| **Cash at beginning of period**                          | 69,490.94      |
|     Cash at end of period             | **34,011.65**  |

# Blitz Cash Position for all bank accounts

| Acct # | Entity | Bank Acct Description | Bank | Pending Adj. | Cash Position as of 08.31.23 |
|---|---|---|---|---|---|
| | Blitz NV, LLC | Esquire Bank | | | 28,624.20 |
| 86215295 | Blitz NV, LLC | Greater Nevada Credit Union - Checking | GNCU | | 2,886.41 |
| 86215287 | Blitz NV, LLC | Greater Nevada Credit Union - Savings | GNCU | | 10.04 |
| 4053476 | Blitz NV, LLC | NBKC Bank - Checking | NBKC | | 2,491.00 |
| | | | | Total | 34,011.65 |

DocuSign Envelope ID: 9CDDA5E8-30B7-482C-B5E8-461C702E1A7A

**Fill in this information to identify the case:**

Debtor name    **BLITZ NV, LLC**

United States Bankruptcy Court for the:    **DISTRICT OF NEVADA**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September  6, 2023**     x _Jason Verona_
                                     Signature of individual signing on behalf of debtor

                                       **Jason Verona**
                                       Printed name

                                       **Chief Operating Officer**
                                       Position or relationship to debtor

DocuSign Envelope ID: 9CDDA5E8-20B7-4B2C-B5E8-461C702E1A7A

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **BLITZ NV, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEVADA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **30 Meadowlark Lane LLC 5990 W. Patrick Lane Las Vegas, NV 89118** | | | | | | $0.00 |
| **International Investments, Ltd. 858 Zenway Blvd. Frigate Bay, St. Kitts. P.O. Box 2086 Basseterre, St. Kitts** | | | | | | $0.00 |
| **Steel Supplements, Inc. c/o Smith Gambrell & Russell LLP 201 North Franklin Street, Suite 3550 Tampa, FL 33602** | | **Lawsuit Filed.** | **Disputed** | | | $0.00 |

# United States Bankruptcy Court
## District of Nevada

In re   **BLITZ NV, LLC**

Debtor(s)

Case No. _____

Chapter   **11**   _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Operating Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **September  6, 2023** _____

DocuSigned by:

*Jason Verona*

**Jason Verona/Chief Operating Officer**
Signer/Title

DocuSign Envelope ID: 9CDDA5E8-30B3-4896-B558-461C702E1A7A

BLITZ NV, LLC
5990 West Patrick Lane
Las Vegas, NV 89118

Brett A. Axelrod
Fox Rothschild LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135

30 Meadowlark Lane LLC
5990 W. Patrick Lane
Las Vegas, NV 89118

Brian Goodrich
Acct No N/A
Bentley Goodrich Kison
783 S. Orange Avenue, 3rd Floor
Sarasota, FL 34239

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy.
Box 551401
Las Vegas, NV 89155-1401

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy.
Box 551220
Las Vegas, NV 89155-1220

Dan Blizerian
5990 W. Patrick Lane
Las Vegas, NV 89118

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Goat Works, LLC
121 Wisconsin Avenue, Suite 101
Whitefish, MT 59937

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

International Investments, Ltd.
858 Zenway Blvd.
Frigate Bay, St. Kitts.
P.O. Box 2086
Basseterre, St. Kitts

DocuSign Envelope ID: 9CDDA5FB-20B7-4826-B558-461C702E1A7A

Jeffrey J. Catalano
Acct No N/A
Smith Gambrell & Russell LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606

Nevada Department of Taxation
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Steel Supplements, Inc.
Acct No N/A
c/o Smith Gambrell & Russell LLP
201 North Franklin Street, Suite 3550
Tampa, FL 33602

U.S. Small Business Administration
Office of General Counsel
312 N. Spring St., 5th Floor
Los Angeles, CA 90012

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

| Information to identify the case: | |
|---|---|
| Debtor    **BLITZ NV, LLC** <br> _____ <br> Name | EIN: 47−1991304 |
| United States Bankruptcy Court   District of Nevada | Date case filed for chapter:   11    9/6/23 |
| Case number:   **23−13871−nmc** | |

## Official Form 309F2 (For Corporations or Partnerships under Subchapter V)
## Notice of Chapter 11 Bankruptcy Case

10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | BLITZ NV, LLC | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 5990 WEST PATRICK LANE <br> LAS VEGAS, NV 89118 | |
| **4. Debtor's attorney** <br> Name and address | BRETT A. AXELROD <br> FOX ROTHSCHILD LLP <br> 1980 FESTIVAL PLAZA DRIVE STE 700 <br> LAS VEGAS, NV 89135 | Contact phone − (702) 262−6899 <br><br> Email: baxelrod@foxrothschild.com |
| **5. Bankruptcy trustee** <br> Name and address | CHAPTER 11 − LV <br> 300 LAS VEGAS BLVD., SO. #4300 <br> LAS VEGAS, NV 89101 | Contact phone   (702) 388−6600 <br><br> Email: USTPRegion17.lv.ecf@usdoj.gov |
| **6. Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 300 Las Vegas Blvd., South <br> Las Vegas, NV 89101 | Office Hours: 9:00 AM − 4:00 PM <br><br> Contact phone: (702) 527−7000 <br><br> Date: 9/6/23 |

**For more information, see page 2 >**

Debtor  **BLITZ NV, LLC**                                                        Case number  **23−13871−nmc**

| | | |
|---|---|---|
| **7.** **Meeting of creditors**<br> The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **October 12, 2023 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Call−in Number: 877−920−8646, Passcode: 7968994** |

**8.** **Proof of claim deadline**

**Deadline for filing proof of claim:**  **11/15/23** For a governmental unit: **3/4/24**

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.

Your claim will be allowed in the amount scheduled unless:
• your claim is designated as *disputed*, *contingent*, or *unliquidated;*
• you file a proof of claim in a different amount; or
• you receive another notice.

If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

**9.** **Exception to discharge deadline**
 The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline.

If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.

**Deadline for filing the complaint:**                     None

**10.** **Creditors with a foreign address**

If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.

**11.** **Filing a Chapter 11 bankruptcy case**

Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business.

**12.** **Discharge of debts**

Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying thefiling fee in the bankruptcy clerk's office by the deadline.

Name, Address, Telephone No. & I.D. No.
**Brett A. Axelrod 5859**
**1980 Festival Plaza Drive, Suite 700**
**Las Vegas, NV 89135**
**(702) 262-6899**
**5859 NV**

## UNITED STATES BANKRUPTCY COURT
District of Nevada

In Re
**BLITZ NV, LLC**

Debtor(s)

BANKRUPTCY NO.
CHAPTER NO. **11**

## DECLARATION RE: ELECTRONIC FILING OF PETITION
SCHEDULES, STATEMENTS AND PLAN (if applicable)

### PART I - DECLARATION OF PETITIONER

I [We] __Jason Verona__ and _____, the undersigned debtor(s) hereby declare under penalty of perjury that the information I have given my attorney and the information provided in the electronically filed petition, statements, schedules, amendments and plan (if applicable) as indicated above is true and correct. I consent to my attorney filing my petition, this declaration, statements, schedules and plan (if applicable) as indicated above to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 15 days following the date the petition was electronically filed. I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

☐ If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7 or 13. I am aware that I may proceed under chapter 7, 11, 12, or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 or 13. I request relief in accordance with the chapter specified in this petition.

☑ [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Dated: __September 6, 2023__

Signed: *Jason Verona*
Jason Verona/Chief Operating Officer
(Applicant)

### PART II - DECLARATION OF ATTORNEY

I, the attorney for the petitioner named in the foregoing petition, declare that, I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Dated: __September 6, 2023__

Signed: _____
Brett A. Axelrod 5859
Attorney for Debtor(s)

DocuSign Envelope ID: 96CBA5E9-20B7-482C-B558-461C703E1A7A

## **EXHIBIT 2**



**Fox Rothschild** LLP
ATTORNEYS AT LAW

One Summerlin
1980 Festival Plaza Dr.
Suite 700
Las Vegas, NV 89135
Tel 702.262.6899  Fax 702.597.5503

BRETT AXELROD
Direct No: 702.699.5901
Email: BAxelrod@FoxRothschild.com

September 7, 2023

Via Email to:  JStearns@sgrlaw.com; SGottlieb@sgrlaw.com

Jason P. Stearns, Esq.
Sarah A. Gottlieb, Esq.
Smith, Gambrell & Russell, LLP
201 North Franklin Street, Suite 3550
Tampa, Florida 33602

**Re:    AUTOMATIC STAY VIOLATION NOTICE – Case No. BK-S-23-13871-NMC**

Dear: Mr. Stearns and Ms. Gottlieb:

Please be advised that this firm, Fox Rothschild LLP, serves as bankruptcy counsel to Blitz NV, LLC (the "Debtor"), debtor and debtor-in-possession in the above-captioned Chapter 11 Case (the "Chapter 11 Case"). On September 6, 2023, Debtor filed its Chapter 11 reorganization under Title 11 of the United States Code in the United States Bankruptcy Court for the District of Nevada bearing Case No. BK-S-23-13871-NMC and is currently operating as a debtor-in-possession. A true and correct copy of the Notice of Chapter 11 Bankruptcy Case [ECF 2] advising you that an Order for Relief has been entered is attached to this letter for ease of reference.

By operation of bankruptcy law, certain actions are stayed as of the date the bankruptcy petition is filed.  See 11 U.S.C. § 362(a).  The scope of the automatic stay is extremely broad and prohibits a wide range of creditor activity including "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate" and "any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title."  11 U.S.C. §§ 362(a)(3) & (6).

I am in receipt of the Plaintiff's Motion To Reopen Case ("Motion") filed by you today in *Steel Supplements, Inc. v. Blitz NV, LLC*, Case No. 8:20-cv-02971-WFJ-TGW, in the United States District Court for the Middle District of Florida in direct violation of the automatic stay. In the Motion, you stated that "[A]t 8:08 p.m. on September 6, counsel for STEEL received an

A Pennsylvania Limited Liability Partnership

California    Colorado    Delaware    District of Columbia    Florida    Georgia    Illinois    Massachusetts    Minnesota    Missouri
Nevada    New Jersey    New York    North Carolina    Oklahoma    Pennsylvania    South Carolina    Texas    Washington
149175220.1



September 7, 2023
Page 2

email correspondence from the law firm of Fox Rothschild LLP. The correspondence included three bankruptcy court filings, including Blitz's petition to the Nevada bankruptcy court dated September 6, 2023." Accordingly, you acknowledge that were aware of the bankruptcy filing prior to filing the Motion and intentionally violated the automatic stay.

An intentional violation of the stay is punishable as contempt of court and the Bankruptcy Code permits the Debtor to seek actual damages, attorney's fees and costs, and punitive damages against any creditor or other party that violates the automatic stay. Specifically, the Bankruptcy Code provides that:

> [A]n individual injured by any willful violation of a stay provided by this section shall recover ***actual damages, including costs and attorneys' fees, and, in appropriate circumstances, may recover punitive damages***.

11 U.S.C. § 362(k)(1) (emphasis added).

Failure to withdraw the Motion and to also cease any other actions taken in violation of § 362 following receipt of this letter will be considered a willful violation of the automatic stay, and the Debtor shall pursue all legal rights and remedies available to it under the Bankruptcy Code and other applicable law. Moreover, the Debtor reserves the right to argue that ***any*** knowledge of the Bankruptcy Case—even before receipt of this letter—would render a stay violation "willful" and subject to sanctions.

As such, and pursuant to the Automatic Stay, please immediately withdraw your Motion and provide me with a copy of the filed withdrawal by **Monday, September 11, 2023**.

Should you have questions regarding the contents of this letter, please contact the undersigned at baxelrod@foxrothschild.com.

Very truly yours,

*Brett Axelrod*

Brett Axelrod

BA
encl.

| Information to identify the case: | |
|---|---|
| Debtor **BLITZ NV, LLC** | EIN: 47-1991304 |
| Name | |
| United States Bankruptcy Court    District of Nevada | Date case filed for chapter:    11    9/6/23 |
| Case number:    23-13871-nmc | |

## Official Form 309F2 (For Corporations or Partnerships under Subchapter V)
## Notice of Chapter 11 Bankruptcy Case

10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | BLITZ NV, LLC | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 5990 WEST PATRICK LANE LAS VEGAS, NV 89118 | |
| 4. **Debtor's attorney** Name and address | BRETT A. AXELROD FOX ROTHSCHILD LLP 1980 FESTIVAL PLAZA DRIVE STE 700 LAS VEGAS, NV 89135 | Contact phone: (702) 262-6899 Email: baxelrod@foxrothschild.com |
| 5. **Bankruptcy trustee** Name and address | CHAPTER 11 - LV 300 LAS VEGAS BLVD., SO. #4300 LAS VEGAS, NV 89101 | Contact phone (702) 388-6600 Email: USTPRegion17.lv.ecf@usdoj.gov |
| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 300 Las Vegas Blvd., South Las Vegas, NV 89101 | Office Hours: 9:00 AM - 4:00 PM Contact phone: (702) 527-7000 Date: 9/6/23 |

**For more information, see page 2 >**

Debtor  **BLITZ NV, LLC**                                                        Case number  **23−13871−nmc**

| **7.** | **Meeting of creditors** The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **October 12, 2023 at 09:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Call−in Number: 877−920−8646, Passcode: 7968994** |
|---|---|---|---|

| **8.** | **Proof of claim deadline** | **Deadline for filing proof of claim:**  **11/15/23** For a governmental unit: **3/4/24**
A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.

Your claim will be allowed in the amount scheduled unless:
• your claim is designated as *disputed, contingent*, or *unliquidated;*
• you file a proof of claim in a different amount; or
• you receive another notice.

If your claim is not scheduled or if your claim is designated as *disputed, contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
|---|---|---|

| **9.** | **Exception to discharge deadline** The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.
**Deadline for filing the complaint:**       None |
|---|---|---|

| **10.** | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

| **11.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. |
|---|---|---|

| **12.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |
|---|---|---|

# **EXHIBIT 3**

**From:** Stearns, Jason <jstearns@sgrlaw.com>
**Sent:** Monday, September 11, 2023 8:30 AM
**To:** Hosey, Angela <AHosey@foxrothschild.com>; Gottlieb, Sarah <sgottlieb@sgrlaw.com>
**Cc:** Axelrod, Brett <BAxelrod@foxrothschild.com>; Koffroth, Nicholas A. <NKoffroth@foxrothschild.com>; Kitchell, Claudia <ckitchell@sgrlaw.com>; Kitchell, Claudia <ckitchell@sgrlaw.com>
**Subject:** [EXT] RE: AUTOMATIC STAY VIOLATION NOTICE - In re Blitz NV, LLC, Case No. BK-S-13871-NMC

Brett:

We received your letter regarding the automatic stay. We of course disagree with your characterization of the filing, but there is really nothing to discuss at this point in light of the Court's order maintaining the status quo in the Tampa district court. I trust you have seen it already, but if not, I've pasted it below. Let me know if you have any questions.

--------------------------------------------

The following transaction was entered on 9/8/2023 at 3:27 PM EDT and filed on 9/8/2023

| | |
|---|---|
| **Case Name:** | Steel Supplements, Inc. v. Blitz NV, LLC |
| **Case Number:** | 8:20-cv-02971-WFJ-TGW |
| **Filer:** | |
| **Document Number:** | 276(No document attached) |

**Docket Text:**
**ENDORSED ORDER granting [274] Motion to Reopen Case. Upon due consideration of the [275] Suggestion of Bankruptcy filed by Defendant Blitz NV, LLC, all proceedings in this case are stayed pursuant to the automatic stay provision of the United States Bankruptcy Code, 11 U.S.C. § 362(a). The Clerk is directed to first reopen the case to active status and then denote the case is stayed. Thereafter, the Clerk is directed to administratively close this case during the pending of the bankruptcy stay. The parties must file a status report at the earlier of the bankruptcy proceedings' resolution or within six (6) months. Signed by Judge William F. Jung on 9/8/2023. (CCB)**

--------------------------------------------

Jason

**Jason P. Stearns**
*Partner*

**p** | 813-488-2926
**f** | 813-488-2960
**e** | jstearns@sgrlaw.com
201 North Franklin Street | Suite 3550 | Tampa, FL 33602
www.sgrlaw.com  |  My Bio



**From:** Hosey, Angela <AHosey@foxrothschild.com>
**Sent:** Thursday, September 7, 2023 6:20 PM
**To:** Stearns, Jason <jstearns@sgrlaw.com>; Gottlieb, Sarah <sgottlieb@sgrlaw.com>
**Cc:** Axelrod, Brett <BAxelrod@foxrothschild.com>; Koffroth, Nicholas A. <NKoffroth@foxrothschild.com>
**Subject:** AUTOMATIC STAY VIOLATION NOTICE - In re Blitz NV, LLC, Case No. BK-S-13871-NMC
**Importance:** High

You don't often get email from ahosey@foxrothschild.com. Learn why this is important

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Mr. Stearns and Ms. Gottlieb,

Please see the attached Automatic Stay Violation Notice letter from Brett Axelrod regarding the above referenced matter.

Angela Hosey
Paralegal
Fox Rothschild LLP
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
(702) 699-5927 - direct
(702) 597-5503 - fax
AHosey@foxrothschild.com
www.foxrothschild.com

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.