BRETT A. AXELROD, ESQ., NV Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ., NV Bar No. 16264
JEANETTE E. McPHERSON, ESQ., NV Bar No. 5423
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702-262-6899 / Facsimile: 702-597-5503
Email: baxelrod@foxrothschild.com
        nkoffroth@foxrothschild.com
        jmcpherson@foxrothschild.com

*[Proposed] Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>BLITZ NV, LLC,<br><br><div align="right">Debtor.</div> | Case No. BK-S-23-13871-NMC<br><br>Chapter 11 (Subchapter V)<br><br>**SUPPLEMENTAL DECLARATION OF JASON VERONA IN SUPPORT OF MOTION FOR INTERIM AND FINAL ORDERS: (I) AUTHORIZING DEBTOR TO OBTAIN POST-PETITION SECURED FINANCING; (II) GRANTING LIENS; (III) MODIFYING THE AUTOMATIC STAY; (IV) SCHEDULING FINAL HEARING; AND (V) GRANTING RELATED RELIEF**<br><br>Hearing Date:  October 10, 2023<br>Hearing Time:  11:30 a.m. |

I, Jason Verona, declare as follows:

1.      I am the Chief Operating Officer of Blitz NV, LLC ("Debtor"), debtor and debtor in possession in the above captioned chapter 11 case (the "Chapter 11 Case").

2.      Except as otherwise indicated herein, this Declaration is based upon my personal knowledge. I am over the age of 18 and am mentally competent. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

3.      I make this Declaration in response to the *Opposition* [ECF No. 48] filed by Steel Supplements, Inc. to Debtor's *Motion for Interim and Final Orders: (I) Authorizing Debtor to*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1

150268273.1

DocuSign Envelope ID: C2B4A5C9-B502-4F42-A0F2-31BE15BC9707

*Obtain Post-Petition Secured Financing; (II) Granting Liens; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief* [ECF No. 41] (the "Motion").[1]

4. Dan Bilzerian is currently initiating two new businesses and has agreed to pay a royalty to Debtor from each business. One of the businesses is an online subscription-based service that provides coaching in three categories – wealth, wellness, and women. The other business is a supplement brand.

5. Both businesses are anticipated to begin generating income for Debtor in December 2023. Once they are fully initiated and running, it is anticipated that Debtor will receive a generous royalty from both businesses.

6. Dan Bilzerian, on behalf of Debtor, regularly interacts with various high-profile persons as part of Debtor's daily business, including, without limitation, executives, associates, celebrities, and government leaders.

7. A large portion of these interactions include hosting these high-profile persons at meetings in Debtor's offices, which it rents from 30 Meadowhawk Lane LLC, which is owned by Dan Bilzerian.

8. A personal assistant is necessary to ensure these meetings are properly scheduled and comply with the high-profile persons' individual requests with respect to the timing of the meeting, security arrangements, and any necessary travel accommodations, including hotels and car services. The personal assistant's duties also include coordinating Dan Bilzerian's schedule for travel, conference calls, and any other necessary meetings and functions, on behalf of Debtor.

9. Due to the sensitive nature of hosting high-profile persons and their need for privacy and security, Debtor employs a full-time housekeeper instead of employing a janitorial service with unvetted personnel that may not comply with the need for privacy.

10. In addition, Debtor employs an experienced gardener to maintain the landscaping and ensure that Debtor presents a professional, high-end image to the high-profile persons that meet with Mr. Bilzerian on Debtor's premises.

---

[1] Capitalized terms not defined herein shall have the meanings assigned to them in the Motion.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

2

150268273.1

11.    Debtor also requires security to maintain a full-time presence to handle the non-disclosure agreements distributed to all visitors, to ensure the safety and security of the high-profile persons that visit Debtor's premises, and to provide protection to Dan Bilzerian, who resides at the business location.

I declare, under penalty of perjury of the laws of the United States of America, that the foregoing statements are true and correct to the best of my knowledge, information and belief. Dated this 9th day of October, 2023.

DocuSigned by:

*Jason Verona*

C81768E8D1DC46C...

Jason Verona

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

3

150268273.1