DocuSign Envelope ID: 13615253-8745-4409-AB82-053473FB2E5B

BRETT A. AXELROD, ESQ., NV Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ., NV Bar No. 16264
JEANETTE E. McPHERSON, ESQ., NV Bar No. 5423
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702-262-6899 / Facsimile: 702-597-5503
Email: baxelrod@foxrothschild.com
　　　　nkoffroth@foxrothschild.com
　　　　jmcpherson@foxrothschild.com

*[Proposed] Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re | Case No. BK-S-23-13871-NMC |
|---|---|
| BLITZ NV, LLC, | Chapter 11 (Subchapter V) |
| Debtor. | **DECLARATION OF GREG GILPIN-PAYNE IN SUPPORT OF MOTION FOR INTERIM AND FINAL ORDERS: (I) AUTHORIZING DEBTOR TO OBTAIN POST-PETITION SECURED FINANCING; (II) GRANTING LIENS; (III) MODIFYING THE AUTOMATIC STAY; (IV) SCHEDULING FINAL HEARING; AND (V) GRANTING RELATED RELIEF** |
| | Hearing Date: October 10, 2023<br>Hearing Time: 11:30 a.m. |

I, Greg Gilpin-Payne, declare as follows:

1.　　　I am the Director of International Investments, Ltd ("International Investments" or "Lender").

2.　　　Except as otherwise indicated herein, this Declaration is based upon my personal knowledge.  I am over the age of 18 and am mentally competent.  If called upon to testify, I would testify competently to the facts set forth in this Declaration.

3.　　　I make this Declaration in response to the *Opposition* [ECF No. 48] filed by Steel Supplements, Inc. to Debtor's *Motion for Interim and Final Orders: (I) Authorizing Debtor to Obtain Post-Petition Secured Financing; (II) Granting Liens; (III) Modifying the Automatic Stay; (IV) Scheduling Final Hearing; and (V) Granting Related Relief* [ECF No. 41] (the "Motion").[1]

---

[1] Capitalized terms not defined herein shall have the meanings assigned to them in the Motion.

1

150270623.2

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

4. International Investments was formed in 2007 as an international company. It is registered in St. Kitts, with offices at 858 Zenway Boulevard, Frigate Bay, St. Kitts.

5. International Investments holds an unsecured claim against the Debtor in the amount of $3,937,803.

6. Paul Bilzerian (Dan Bilzerian's father) has no contractual relationship with International Investments and has no economic interest in or control over the business.

7. Terri Steffen (Dan Bilzerian's mother) is the corporate secretary for International Investments but receives no salary and has no economic interest in or control over the business and serves in her position as a favor to me.

8. The Lender is unwilling to extend credit to Debtor on an unsecured basis and/or in exchange for an administrative priority claim. The Lender is willing to extend credit to Debtor only on the terms set forth in the DIP Agreement.

I declare, under penalty of perjury of the laws of the United States of America, that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Dated this 9th day of October, 2023.

DocuSigned by:

*Greg Gilpin-Payne*

08BBADE61AA1485...

Greg Gilpin-Payne

2

150270623.2