BRETT A. AXELROD, ESQ., NV Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ., NV Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        nkoffroth@foxrothschild.com
*[Proposed] Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>BLITZ NV, LLC,<br><br>                      Debtor. | Case No. BK-S-23-13871-NMC<br><br>Chapter 11 (Subchapter V)<br><br>**DECLARATION OF EVAN BERGER IN SUPPORT OF DEBTOR'S MOTION TO ENFORCE SETTLEMENT AGREEMENT** |

I, Evan Berger, declare as follows:

1.      I am an attorney and shareholder at Becker, which serves as counsel for Blitz NV, LLC ("Blitz" or the "Debtor") in litigation that is pending but currently stayed between Blitz and Steel Supplements, Inc. ("Steel") in the United States District Court for the Middle District of Florida, case no. 8:20-cv-02971-WFJ-TGW (the "Federal Case").

2.      Except as otherwise indicated herein, this Declaration is based upon my personal knowledge. I am over the age of 18 and am mentally competent. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

3.      I make this Declaration in support of the *Debtor's Motion To Enforce Settlement Agreement* (the "Motion").

4.      Generally speaking, the Federal Case related to Steel's allegations that Blitz violated a Personal Services Sponsorship/Licensing Agreement (the "Agreement") as a result of various acts and/or omissions by Dan Bilzeian. Blitz filed counterclaims against Steel asserting that Steel had breached the Agreement. Blitz and Steel both disputed the allegations and claims asserted against them in the Federal Case.

/ / /

1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

5. In an Order dated January 10, 2023, the Court in the Federal Case granted in part and denied in part both Steel's and Blitz's respective motions for summary judgment, holding that both parties had breached the Agreement.

6. The remaining issues in the Federal Case were to be adjudicated at trial, which was set to occur after mandatory, court-ordered mediation.

7. On August 4, 2023, shortly before trial was scheduled to commence, the parties reached a settlement.

8. The settlement was the result of, and was memorialized in, emails between me and counsel for Steel on August 4, 2023.

9. On August 4th at 9:50 a.m., Jason Stearns, counsel for Steel, sent an email to me and another attorney representing Blitz containing a settlement offer. A true and correct copy of the August 4 – August 8, 2023 email chain between myself and counsel for Steel is attached hereto as Exhibit 1.

10. Steel's settlement offer, in its entirety, was as follow:

> Blitz agrees to a consent judgment in the amount of $486,868.43 in favor of STEEL. The parties file a joint stipulation of dismissal with prejudice of all remaining claims, with each party to bear its own attorneys' fees and costs. The parties submit a proposed final judgment to the Court for entry of an award in favor of STEEL and against Blitz for $486,868.43 and that the agreement is terminated. The parties agree to waive all rights to appeal and for any attorneys' fees. In other words, we will have to have a stipulation and/or agreement that this matter will be final and there are no appeal rights.

*Id.*

11. After conferring with Blitz, I sent the following response to the settlement offer at 2:46 p.m. on August 4, 2023: "We have spoken with Blitz and they accept. Let's talk later this afternoon about the mechanics and advising the court."

12. Counsel for Steel and I thereafter engaged in dialogue about the language of a notice of the settlement that was to be filed. Exhibit 1 to this declaration contains these discussions. On August 8, 2023, the parties submitted a Joint Notice of Settlement in the Federal Case.

13. On August 14, 2023, counsel for Steel circulated draft settlement documents to me and co-counsel for Blitz. A true and correct copy of this August 14, 2023 email from Sarah Gottlieb

2

150799323.1

to me is attached hereto as Exhibit 2 (including its attachments). Consistent with the August 4, 2023 emails, the draft settlement documents contemplated a judgment against Blitz and in favor of Steel for $486,868.43.  Also consistent with then parties' August 4, 2023 agreement, the draft settlement agreement provided that the parties would "bear their own costs and fees of the [Federal Case] through entry of Final Judgment."

14.    Contrary to the parties' August 4, 2023 email and agreement, the draft settlement paperwork contemplated a "payment to Steel" of the principal sum and post-judgment interest, no later than thirty days after the Court enters final judgment, via wire transfer.

15.    I promptly followed up with Steel's counsel, stating "I don't understand why there are 30 day payment terms when what was agreed upon was a consent judgment.  This is also inconsistent with the entry of a judgment."  A true and correct copy of this subsequent August 14, 2023 email chain is attached hereto as Exhibit 3.

16.    In response, counsel for Steel stated "It is a fairly standard term.  I look forward to receiving any redlines you have to this document and we will set up a time to discuss." *Id.*

17.    A week later, I emailed counsel for Steel concerning the additional settlement term requested by Steel, the requirement of payment within a set period of time.  I stated that "I spoke to the client [Blitz] and they are willing to make a lump sum payment within 3 days of executing the settlement agreement.  Please revise it to reflect this and add in that the terms of the settlement will remain confidential.  Should be a relatively straightforward agreement."  A true and correct copy of my August 21, 2023 email to Steel counsel is attached hereto as Exhibit 4.

18.    Steel's counsel responded to the email on August 25, 2023, stating "STEEL does not agree to the addition of a new confidentiality provision."  A true and correct copy of the August 25, 2023 email from Steel counsel to me is attached hereto the Berger Decl. as Exhibit 5.

19.    Blitz filed its voluntary bankruptcy petition on September 6, 2023.

20.    The parties did not sign any version of the draft settlement agreement prior to the petition date.

21.    On September 7, 2023, Steel filed a Motion to Reopen Case ("Motion to Reopen") in the Federal Case.  A true and correct copy of the Motion to Reopen, with its exhibits, is attached

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

3

150799323.1

hereto as Exhibit 6.

22.    Shortly thereafter on September 7, 2023, counsel for Blitz filed a Suggestion of Bankruptcy.  The Court in the Federal Case subsequently entered an order staying the Federal Case.

I declare, under penalty of perjury of the laws of the United States of America, that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Dated this 25ᵗʰ day of October, 2023.

_____
Evan Berger

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**EXHIBIT 1**

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

150799323.1

| | |
|---|---|
| **From:** | Gottlieb, Sarah |
| **To:** | Berger, Evan |
| **Cc:** | Stearns, Jason; Josef Mysorewala; Kitchell, Claudia |
| **Subject:** | RE: STEEL/Blitz - 408 Settlement |
| **Date:** | August 8, 2023 11:42:58 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | image008.png |
| | image009.png |
| | image010.png |
| | image510053.jpg |

**EXTERNAL EMAIL - This message originated from an External Source**.

We'll get it on file today.

We are working on the settlement docs and plan to have them for your review before the end of the week.

**Sarah A. Gottlieb**
*Attorney at Law*

---

**p** | 813-488-2925
**f** | 813-488-2960
**e** | sgottlieb@sgrlaw.com
201 North Franklin Street | Suite 3550 | Tampa, FL 33602
www.sgrlaw.com  |  My Bio

---

**From:** Berger, Evan <EBerger@beckerlawyers.com>
**Sent:** Tuesday, August 8, 2023 2:26 PM
**To:** Gottlieb, Sarah <sgottlieb@sgrlaw.com>
**Cc:** Stearns, Jason <jstearns@sgrlaw.com>; Josef Mysorewala <josefm@lawjmm.com>; Kitchell, Claudia <ckitchell@sgrlaw.com>
**Subject:** Re: STEEL/Blitz - 408 Settlement

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good to file.

Do you have draft documents concerning the stipulation/settlement for us to review?

Evan

_____

**Evan B. Berger**
Shareholder



Becker & Poliakoff
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301

 954.364.6055
 954.985.4176
 EBerger@beckerlawyers.com
 www.beckerlawyers.com
 Connect with me on LinkedIn

Follow Becker on...

**Confidentiality Note**: This message, together with any attachments, may contain privileged and confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any examination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by reply e-mail and permanently delete the original message, along with any attachments. Thank you.

On Aug 8, 2023, at 12:30 PM, Gottlieb, Sarah <sgottlieb@sgrlaw.com> wrote:

> **EXTERNAL EMAIL - This message originated from an External Source**.

Evan,

I don't entirely agree but it's fine, we made the change. Please confirm we may file the attached, which includes your e-signature. Thanks.

**Sarah A. Gottlieb**
*Attorney at Law*

p | 813-488-2925
f | 813-488-2960
e | sgottlieb@sgrlaw.com
201 North Franklin Street | Suite 3550 | Tampa, FL 33602
www.sgrlaw.com  |  My Bio

**From:** Berger, Evan <EBerger@beckerlawyers.com>
**Sent:** Monday, August 7, 2023 5:42 PM
**To:** Gottlieb, Sarah <sgottlieb@sgrlaw.com>
**Cc:** Stearns, Jason <jstearns@sgrlaw.com>; Josef Mysorewala <josefm@lawjmm.com>
**Subject:** RE: STEEL/Blitz - 408 Settlement

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I'm just not sure why it is relevant.  It then gets into things like each party paying their own fees, etc.  Usually I would just notify the court that it settled and we can file the appropriate documents from there.

Evan

**Evan B. Berger**
Shareholder

Becker & Poliakoff
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301

954.364.6055
954.985.4176

EBerger@beckerlawyers.com
www.beckerlawyers.com
Connect with me on LinkedIn

Follow Becker on...

**Confidentiality Note**: This message, together with any attachments, may contain privileged and confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any examination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by reply e-mail and permanently delete the original message, along with any attachments. Thank you.

**From:** Gottlieb, Sarah <sgottlieb@sgrlaw.com>
**Sent:** Monday, August 7, 2023 1:23 PM
**To:** Berger, Evan <EBerger@beckerlawyers.com>
**Cc:** Stearns, Jason <jstearns@sgrlaw.com>; Josef Mysorewala <josefm@lawjmm.com>
**Subject:** RE: STEEL/Blitz - 408 Settlement

> **EXTERNAL EMAIL - This message originated from an External Source**.

Hi Evan,

We don't understand the reason for leaving out that important information. Can you please explain?

**Sarah A. Gottlieb**
*Attorney at Law*

**p** | 813-488-2925
**f** | 813-488-2960
**e** | sgottlieb@sgrlaw.com
201 North Franklin Street | Suite 3550 | Tampa, FL 33602
www.sgrlaw.com  |  My Bio

**From:** Berger, Evan <EBerger@beckerlawyers.com>
**Sent:** Friday, August 4, 2023 7:06 PM
**To:** Gottlieb, Sarah <sgottlieb@sgrlaw.com>
**Cc:** Stearns, Jason <jstearns@sgrlaw.com>; Josef Mysorewala <josefm@lawjmm.com>
**Subject:** Re: STEEL/Blitz - 408 Settlement

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I think to keep it shorter we should take out "to result in a consent judgment and stipulation of dismissal with prejudice" at the end. Other than that good to file.

Evan

_____

**Evan B. Berger**
Shareholder

Becker & Poliakoff
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301

954.364.6055
954.985.4176
EBerger@beckerlawyers.com
www.beckerlawyers.com
Connect with me on LinkedIn

Follow Becker on...

**Confidentiality Note**: This message, together with any attachments, may contain privileged and confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any examination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by reply e-mail and permanently delete the original message, along with any attachments. Thank you.

On Aug 4, 2023, at 5:33 PM, Gottlieb, Sarah <sgottlieb@sgrlaw.com> wrote:

**EXTERNAL EMAIL - This message originated from an External Source**.

Evan and Josef,

Attached is a draft joint notice of settlement. Let us know if we have permission to attach your e-signature (and if so, which signature) and to file.

**Sarah A. Gottlieb**
*Attorney at Law*

p | 813-488-2925
f | 813-488-2960
e | sgottlieb@sgrlaw.com
201 North Franklin Street | Suite 3550 | Tampa, FL 33602
www.sgrlaw.com  |  My Bio

**From:** Berger, Evan <EBerger@beckerlawyers.com>
**Sent:** Friday, August 4, 2023 3:44 PM
**To:** Gottlieb, Sarah <sgottlieb@sgrlaw.com>
**Cc:** Stearns, Jason <jstearns@sgrlaw.com>; Josef Mysorewala <josefm@lawjmm.com>
**Subject:** Re: STEEL/Blitz - 408 Settlement

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Sounds good.

Evan

_____

**Evan B. Berger**
Shareholder

Becker & Poliakoff
1 East Broward Blvd., Suite 1800

Ft. Lauderdale, FL 33301

954.364.6055
954.985.4176
EBerger@beckerlawyers.com
www.beckerlawyers.com
Connect with me on LinkedIn

Follow Becker on...

**Confidentiality Note**: This message, together with any attachments, may contain privileged and confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any examination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by reply e-mail and permanently delete the original message, along with any attachments. Thank you.

On Aug 4, 2023, at 3:38 PM, Gottlieb, Sarah <sgottlieb@sgrlaw.com> wrote:

**EXTERNAL EMAIL - This message originated from an External Source**.

Evan,

I spoke to Judge Jung's law clerk. Just FYI they won't take the trial off the calendar or do anything else until we file a notice, but they're aware now of the settlement.

**Sarah A. Gottlieb**
*Attorney at Law*

p | 813-488-2925
f | 813-488-2960
e | sgottlieb@sgrlaw.com
201 North Franklin Street | Suite 3550 | Tampa, FL 33602
www.sgrlaw.com  |  My Bio

**From:** Gottlieb, Sarah <sgottlieb@sgrlaw.com>
**Sent:** Friday, August 4, 2023 3:31 PM
**To:** Berger, Evan <EBerger@beckerlawyers.com>
**Cc:** Stearns, Jason <jstearns@sgrlaw.com>; Josef Mysorewala <josefm@lawjmm.com>
**Subject:** RE: STEEL/Blitz - 408 Settlement

Thanks. I'll give Judge Jung's chambers a call now.

**Sarah A. Gottlieb**
*Attorney at Law*

p | 813-488-2925
f | 813-488-2960
e | sgottlieb@sgrlaw.com
201 North Franklin Street | Suite 3550 | Tampa, FL 33602
www.sgrlaw.com  |  My Bio

**From:** Berger, Evan <EBerger@beckerlawyers.com>
**Sent:** Friday, August 4, 2023 3:30 PM
**To:** Gottlieb, Sarah <sgottlieb@sgrlaw.com>

**Cc:** Stearns, Jason <jstearns@sgrlaw.com>; Josef Mysorewala <josefm@lawjmm.com>
**Subject:** Re: STEEL/Blitz - 408 Settlement

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

No objection. My cell is 954-232-5389 if they need to speak with me as well.

Evan

_____

**Evan B. Berger**
Shareholder

–

Becker & Poliakoff
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301

954.364.6055
954.985.4176
EBerger@beckerlawyers.com
www.beckerlawyers.com
Connect with me on LinkedIn

Follow Becker on...

**Confidentiality Note**: This message, together with any attachments, may contain privileged and confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any examination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by reply e-mail and permanently delete the original message, along with any attachments. Thank you.

> On Aug 4, 2023, at 3:28 PM, Gottlieb, Sarah <sgottlieb@sgrlaw.com> wrote:

> EXTERNAL EMAIL - This message originated from an External Source.

Evan,

Let us know if you have any opposition to us calling the Court to inform of the settlement. We'd like to call as soon as possible to make the Judge aware.

We can file the necessary paperwork next week.

**Sarah A. Gottlieb**
*Attorney at Law*

p | 813-488-2925
f | 813-488-2960
e | sgottlieb@sgrlaw.com
201 North Franklin Street | Suite 3550 | Tampa, FL 33602
www.sgrlaw.com  |  My Bio

**From:** Berger, Evan <EBerger@beckerlawyers.com>
**Sent:** Friday, August 4, 2023 2:46 PM
**To:** Stearns, Jason <jstearns@sgrlaw.com>
**Cc:** Josef Mysorewala <josefm@lawjmm.com>; Gottlieb, Sarah <sgottlieb@sgrlaw.com>
**Subject:** Re: STEEL/Blitz - 408 Settlement

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Jason,

We have spoken with Blitz and they accept.  Let's talk later this afternoon about the mechanics and advising the court.

Evan

_____


**Evan B. Berger**
Shareholder
–

Becker & Poliakoff
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301

954.364.6055
954.985.4176
EBerger@beckerlawyers.com
www.beckerlawyers.com
Connect with me on LinkedIn

Follow Becker on...

**Confidentiality Note**: This message, together with any attachments, may contain privileged and confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any examination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by reply e-mail and permanently delete the original message, along with any attachments. Thank you.

> On Aug 4, 2023, at 9:59 AM, Stearns, Jason <jstearns@sgrlaw.com> wrote:
>
> **EXTERNAL EMAIL - This message originated from an External Source**.
>
> Rule 408 – Settlement Communication
>
> Evan and Josef:
>
> It was nice seeing you both yesterday. I am sending you this email confirmation of the settlement offer that remains open until 5:00 Eastern today.

Blitz agrees to a consent judgment in the amount of $486,868.43 in favor of STEEL. The parties file a joint stipulation of dismissal with prejudice of all remaining claims, with each party to bear its own attorneys' fees and costs. The parties submit a proposed final judgment to the Court for entry of an award in favor of STEEL and against Blitz for $486,868.43 and that the agreement is terminated. The parties agree to waive all rights to appeal and for any attorneys' fees. In other words, we will have to have a stipulation and/or agreement that this matter will be final and there are no appeal rights.

Jason

**Jason P. Stearns**
*Partner*

---

**p** | 813-488-2926
**f** | 813-488-2960
**e** | jstearns@sgrlaw.com
201 North Franklin Street | Suite 3550 | Tampa, FL 33602
www.sgrlaw.com | My Bio

---

<2023 08 04 DRAFT Joint Notice of Settlement(6311222.1).docx>
<2023 08 08 DRAFT Joint Notice of Settlement(6311222.1).docx>

**EXHIBIT 2**

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada  89135
(702) 262-6899
(702) 597-5503 (fax)

150799323.1

| | |
|---|---|
| **From:** | Gottlieb, Sarah |
| **To:** | Josef Mysorewala; Berger, Evan |
| **Cc:** | Stearns, Jason; Catalano, Jeffrey; Kitchell, Claudia |
| **Subject:** | STEEL v. Blitz - draft settlement agreement and related documents |
| **Date:** | August 14, 2023 8:50:53 AM |
| **Attachments:** | image044418.jpg<br>2023 08 11 DRAFT Settlement Agreement(6315177.3).docx<br>2023 08 11 DRAFT Proposed Final Judgment(6315147.3).docx<br>2023 08 11 DRAFT Joint Motion for Entry of Final Judgment(6314964.3).docx |

**EXTERNAL EMAIL - This message originated from an External Source**.

Josef and Evan:

Attached for your review are the following: draft settlement agreement, proposed final judgment and dismissal with prejudice, and joint motion for entry of final judgment and dismissal with prejudice.

**Sarah A. Gottlieb**
*Attorney at Law*

---

**p** | 813-488-2925
**f** | 813-488-2960
**e** | sgottlieb@sgrlaw.com
201 North Franklin Street | Suite 3550 | Tampa, FL 33602
www.sgrlaw.com  |  My Bio

---

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

STEEL SUPPLEMENTS, INC., a
Florida Corporation,

        Plaintiff,

v.

BLITZ NV, LLC, a Nevada limited
liability company,

        Defendant.

Case No.: 8:20-cv-2971-WFJ-TGW

## SETTLEMENT AGREEMENT

This Settlement Agreement, effective as of the last date of execution below (the "Effective Date"), is entered into by and between STEEL Supplements, Inc. ("STEEL" or "Plaintiff") and Blitz NV, LLC ("Blitz" or "Defendant"). Individually, STEEL and Blitz are each a "Party," and collectively they are the "Parties."

## RECITALS

WHEREAS, STEEL is a producer and seller of high quality supplement products;

WHEREAS, Blitz manages and provides the services of Dan Bilzerian in connection with endorsement deals;

WHEREAS, STEEL and Blitz entered into a Personal Services Sponsorship/License Agreement dated March 7, 2017 ("Agreement") under which Blitz agreed to promote, publicize, and endorse STEEL's products through Dan Bilzerian in exchange for 10 percent of STEEL's gross sales;

WHEREAS, STEEL commenced a lawsuit against Blitz in the United States District Court for the Middle District of Florida (*STEEL Supplements,*

1

SGR/6315177.3

*Inc. v. Blitz NV, LLC*, Case No.: 8:20-cv-2971) on December 14, 2020 (the "Lawsuit"), for termination of the Agreement and damages;

WHEREAS, the Parties took extensive fact and expert discovery and otherwise vigorously litigated the Lawsuit;

WHEREAS, on or about January 10, 2023, the Court entered an Order granting in part and denying in part STEEL's motion for summary judgment and granting in part and denying in part Blitz's motion for summary judgment, holding the Agreement was terminated, and otherwise resolving the majority of the Parties' claims;

WHEREAS, STEEL's remaining claims and the issue of damages were to be tried at a bench trial commencing August 10, 2023;

WHEREAS, the Parties wish to avoid the expense of further litigation and resolve the Lawsuit fully and finally; and

NOW, THEREFORE, for valuable consideration, including the mutual promises and obligations of the Parties as specified herein, the Parties agree as follows:

**AGREED TERMS AND CONDITIONS**

1. **Entry of Final Judgment and Dismissal with Prejudice.** The Parties agree this Settlement Agreement is contingent upon the Court entering a Final Judgment in favor of STEEL and against Blitz and dismissing the Lawsuit with prejudice. The Parties agree that, upon execution of this Settlement Agreement, either party may file the Joint Motion for Entry of Final Judgment and Dismissal with Prejudice and proposed Final Judgment and Dismissal with Prejudice in the form attached to this Settlement Agreement as Exhibit 1. It is agreed and understood that in the event the proposed Final Judgment and Dismissal with Prejudice as attached hereto as Exhibit 1 or a mutually-agreed modification of such proposed Final Judgment and Dismissal with Prejudice is not entered by the Court, then this Settlement Agreement shall not continue in effect and shall be deemed to be null and void. The Parties agree it is their intent that the Final Judgment and Dismissal with Prejudice operate as a final adjudication on the merits of all claims and issues in this Lawsuit.

2

SGR/6315177.3

2. **Payment of Final Judgment Amount.** Blitz agrees that, no later than thirty (30) days after the Court enters the Final Judgment and Dismissal with Prejudice, Blitz will wire to STEEL the final judgment amount of FOUR HUNDRED EIGHTY-SIX THOUSAND EIGHT HUNDRED AND SIXTY-EIGHT DOLLARS AND FORTY-THREE CENTS ($486,868.43) ("principal sum"), representing the amount STEEL overpaid Blitz under the Agreement. Pursuant to 28 U.S.C. § 1961, STEEL is entitled to post-judgment interest to "be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding . . . the date of the judgment."

2.1   **Payment to STEEL.** Blitz agrees to wire to STEEL the principal sum, and any post-judgment interest then due, no later than thirty (30) days after the Court enters the Final Judgment, via the below wire instructions:

[STEEL wire instructions]

3. **Termination of Agreement.** The Parties agree the Personal Services Sponsorship/License Agreement (Agreement) is terminated. The effective date of termination is January 13, 2021.

4. **Waiver of Litigation and Appellate Rights.** The Parties agree that, as a result of this Settlement Agreement, and upon entry of the Final Judgment and Dismissal with Prejudice, there remain no live controversies between the Parties with respect to the claims, counterclaims, or defenses raised in the Lawsuit. The Parties expressly waive their right to further litigate the claims or issues involved in the Lawsuit. The Parties expressly waive any right and ability to appeal the Final Judgment or any claim, counterclaim, defense, issue, or order related to the Lawsuit.

5. **Fees and Costs.** The Parties agree that they shall each bear their own costs and fees of the Lawsuit through entry of the Final Judgment. The Parties agree that in any subsequent action to enforce the provisions of this Agreement, the prevailing party shall be entitled to its reasonable attorneys' fees, in addition to costs and other relief of the court.

SGR/6315177.3

6. **Governing Law and Venue.** The Middle District of Florida, Tampa Division, reserves jurisdiction over this Lawsuit for the purposes of enforcing the terms of the Final Judgment and this Settlement Agreement. This Settlement Agreement and any dispute, controversy, or difference arising out of, relating to, or connected with this Settlement Agreement, any transaction thereunder, or the breach hereof, shall be governed and construed by the laws of the State of Florida, without regard to choice of law principles. The exclusive jurisdiction and venue for any legal action arising out of or related to this Settlement Agreement shall be the United States District Court for the Middle District of Florida, Tampa Division, and the Parties fully consent to personal jurisdiction and venue in the Middle District of Florida. Notwithstanding, this paragraph shall not preclude STEEL from initiating legal action in any other jurisdiction to collect the principal sum and/or post-judgment interest owing under Paragraph 2, Payment of Final Judgment Amount.

7. **Entire Agreement.** Each Party acknowledges and warrants that no representations or promises have been made to or relied on by any of them or by any person or entity acting for or on their behalf in connection with the subject matter of this Settlement Agreement that are not expressly set forth herein or in the proposed Final Judgment and Dismissal with Prejudice as attached hereto as Exhibit 1. All prior negotiations, representations and promises made by any Party to the other regarding the subject matter contained herein, whether in writing or otherwise, are understood and agreed to be superseded by and merged into this Settlement Agreement and the proposed Final Judgment and Dismissal with Prejudice. This Settlement Agreement may not be modified unless any such modification is in writing, signed by all the Parties hereto.

8. **Severability.** Whenever possible, each provision of this Agreement shall be interpreted in such manner as to be effective and valid under applicable law. If any provision of this Agreement shall be deemed prohibited or invalid under such applicable law, the provision shall be ineffective only to the extent of said prohibition or invalidity, and said prohibition or invalidity shall not invalidate the remainder of the provision or any other provision of this Agreement.

9. **Legal Representation and Authorship.** This Agreement was negotiated between the Parties, each of whom had the opportunity to

4

SGR/6315177.3

consult with legal counsel during the negotiation, drafting, and execution of this Agreement, and the Parties agree that this Agreement shall not be construed against any Party as the drafter.

10. **Authority to Execute Agreement.** By signing below, each Party warrants and represents that the person signing this Agreement on its behalf has authority to bind that Party and that the Party's execution of this Agreement is not in violation of any by-law, covenants, and/or other restrictions placed upon them by their respective entities.

11. **Notices.** Any notice, request or other communication required or permitted hereunder shall be in writing and shall be deemed to have been duly given and received if delivered to the email addresses set forth in the contact information below or such other email address as may be provided in writing from time to time.

> If to STEEL Supplements, Inc.:
> Jason Stearns
> Smith, Gambrell & Russell, LLP
> 201 N. Franklin St., Ste. 3500
> Tampa, FL 33602
> jstearns@sgrlaw.com
>
> If to Blitz NV, LLC:
> Josef Mysorewala
> Law Office of Josef M. Mysorewala, PLLC
> 2000 S Dixie Highway, Suite 112
> Miami, Florida 33133

THE PARTIES ACKNOWLEDGE THAT EACH HAS CAREFULLY READ THIS ENTIRE AGREEMENT AND FULLY UNDERSTANDS ITS CONTENTS AND ITS LEGAL AND BINDING EFFECT. EACH PARTY FURTHER ACKNOWLEDGES THAT EACH MAKES A KNOWING AND VOLUNTARY WAIVER OF CERTAIN RIGHTS IN EXCHANGE FOR THE CONSIDERATION SPECIFIED IN THIS AGREEMENT.

IN WITNESS WHEREOF, this Settlement Agreement has been executed and delivered by the Parties as of the Effective Date.

Jason Huh, President                          Dan Bilzerian, Manager
STEEL Supplements, Inc.                        Blitz NV, LLC

5

SGR/6315177.3

1834 Main Street                           7455 Arroyo Crossing #220
Sarasota, FL 34236                         Las Vegas, NV 89113


By: _____                By: _____


Date Executed: _____               Date Executed: _____

6

SGR/6315177.3

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

STEEL SUPPLEMENTS, INC., a
Florida Corporation,

      Plaintiff,

v.

BLITZ NV, LLC, a Nevada limited
liability company,

      Defendant.

Case No.: 8:20-cv-2971-WFJ-TGW

## FINAL JUDGMENT
## AND DISMISSAL WITH PREJUDICE

This cause came before the Court for consideration of the Parties' Joint Motion for Entry of Final Judgment and Dismissal with Prejudice (the "Motion"). The Court, having considered the Motion and having determined that good cause has been shown and that the proposed Final Judgment is fair, adequate, reasonable, and consistent with the public interest, finds that entry of a Final Judgment against Blitz NV, LLC and subsequent dismissal of this action with prejudice is appropriate. Accordingly, it is **ORDERED:**

1. Final Judgment is entered in favor of STEEL Supplements, Inc. and against Blitz NV, LLC in the amount of FOUR HUNDRED EIGHTY-SIX THOUSAND EIGHT HUNDRED AND SIXTY-EIGHT DOLLARS AND FORTY-THREE CENTS ($486,868.43), to bear post-judgment interest

SGR/6315147.3

pursuant to 28 U.S.C. § 1961 "at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding . . . the date of the judgment."

2. The Personal Services Sponsorship/License Agreement dated March 7, 2017 ("Agreement") is terminated. The effective date of termination is January 13, 2021.

3. The Parties shall each bear their own costs and fees of this litigation through entry of this Final Judgment.

4. As a result of the Parties' Settlement Agreement, attached as Exhibit B to the Parties' Joint Motion for Entry of Final Judgment and Dismissal with Prejudice, and this Final Judgment and Dismissal with Prejudice, there remain no live controversies between the Parties with respect to the claims, counterclaims, and defenses raised in the above-captioned action. The Parties have expressly waived their right to further litigate the claims or issues involved in this action. The Parties have expressly waived any right and ability to appeal this Final Judgment or any claim, counterclaim, defense, issue or order in this action.

5. The Court shall reserve jurisdiction of this matter for the purposes of enforcing the terms of the Final Judgment and Dismissal with Prejudice and the Parties' Settlement Agreement.

2

6. Following entry of the Final Judgment, this action is hereby dismissed with prejudice.

**DONE AND ORDERED** in Tampa, Florida on August \_\_, 2023.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

3

SGR/6315147.3

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

STEEL SUPPLEMENTS, INC., a
Florida Corporation,

        Plaintiff,

v.

BLITZ NV, LLC, a Nevada limited
liability company,

        Defendant.

Case No.: 8:20-cv-2971-WFJ-TGW

## JOINT MOTION FOR ENTRY OF FINAL JUDGMENT
## AND DISMISSAL WITH PREJUDICE

Plaintiff STEEL Supplements, Inc. ("STEEL") and Defendant Blitz NV, LLC ("Blitz") (together, the "Parties"), having filed a proposed Final Judgment attached hereto as **Exhibit A**, hereby move this Court for entry of the Final Judgment and subsequent dismissal with prejudice. By agreement of the Parties, the Final Judgment against Blitz provides for the payment of four hundred eighty-six thousand eight hundred and sixty-eight dollars and forty-three cents ($486,868.43) to STEEL and a declaration that the Personal Services Sponsorship/License Agreement ("Agreement") is terminated. In support of this Joint Motion, the Parties stipulate as follows:

1. The Parties have reached a settlement of all claims, counterclaims, and defenses in the above-captioned action contingent upon this Court's entry of

SGR/6314964.3

the Final Judgment in favor of STEEL and against Blitz and subsequent dismissal with prejudice. *See* Settlement Agreement, **Exhibit B.**

2. Pursuant to the Settlement Agreement, the Parties request that the Court enter the Final Judgment and Dismissal with Prejudice, in the form attached hereto as **Exhibit A**, setting forth judgment in favor of STEEL and against Blitz in the amount of FOUR HUNDRED EIGHTY-SIX THOUSAND EIGHT HUNDRED AND SIXTY-EIGHT DOLLARS AND FORTY-THREE CENTS ($486,868.43), to bear post-judgment interest pursuant to 28 U.S.C. § 1961 "at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding . . . the date of the judgment," declaring that the Agreement is terminated as of January 13, 2021, and then dismissing the action with prejudice.

3. The Parties agree they shall each bear their own costs and fees of this litigation through entry of Final Judgment.

4. The Parties agree that as a result of the Parties' settlement and upon the entry of Final Judgment, there remain no live controversies between the Parties with respect to the claims, counterclaims, and defenses raised in the above-captioned action. The Parties have expressly waived their right to further litigate the claims or issues involved in this action. The Parties have

2

SGR/6314964.3

expressly waived any right and ability to appeal the Court's Final Judgment or any claim, counterclaim, defense, issue or order in this action.

5. The Parties agree the Court shall reserve jurisdiction of this matter for the purposes of enforcing the terms of the Final Judgment and the Parties' Settlement Agreement.

6. The Parties submit that the Final Judgment in this action is fair, adequate, and reasonable, as well as consistent with the public interest.

WHEREFORE, the Parties respectfully request the Court enter the Final Judgment and Dismissal with Prejudice in the form attached hereto as **Exhibit A.**

Dated:  August ___, 2023

| | |
|---|---|
| */s/* | */s/* |
| Josef M. Mysorewala | Jason P. Stearns |
| **The Law Office of Josef M. Mysorewala, PLLC** | Sarah A. Gottlieb |
| | **Smith Gambrell & Russell LLP** |
| 2000 S. Dixie Highway, Suite 112 | 201 North Franklin Street, Suite 3550) |
| Miami, Florida 33133 | Tampa, Florida 33602 |
| Phone:  305-356-1031 | Phone: 813-488-2920 |
| Email: josefm@lawjmm.com | Fax:    813-488-2960 |
| *Co-Counsel for Blitz NV, LLC* | Email:  jstearns@sgrlaw.com |
| | sgottlieb@sgrlaw.com |
| Evan B. Berger | ckitchell@sgrlaw.com |
| **Becker & Poliakoff** | daigotti@sgrlaw.com |
| 1 East Broward Blvd., Ste. 1800 | |
| Ft. Lauderdale, FL 33301 | Jeffrey J. Catalano |
| Phone: (954) 364-6055 | (admitted *pro hac vice)* |
| Fax: (954) 985-4176 | **Smith Gambrell & Russell LLP** |
| eberger@backerlawyers.com | 311 S. Wacker Drive, Suite 3000 |
| *Co-Counsel for Blitz NV, LLC* | Chicago, IL 60606 |
| | Phone:  312-360-6000 |

3

SGR/6314964.3

Email: jcatalano@sgrlaw.com

Brian D. Goodrich
**Bentley Goodrich Kison**
783 S. Orange Avenue, 3rd Floor
Sarasota, Florida 34239
Phone: 941-556-9030
Fax:     941-312-5316
Email: bgoodrich@bgk.law
           jbradley@bgk.law
*Counsel for Plaintiff STEEL
Supplements, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August __, 2023, the Joint Motion for Entry of Final Judgment and Dismissal with Prejudice was filed via CM/ECF which will serve all counsel of record.

/s/
Sarah A. Gottlieb

4

SGR/6314964.3

**EXHIBIT 3**

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

150799323.1

| **From:** | Stearns, Jason |
|---|---|
| **To:** | Berger, Evan; Gottlieb, Sarah |
| **Cc:** | Josef Mysorewala; Catalano, Jeffrey; Kitchell, Claudia |
| **Subject:** | RE: STEEL v. Blitz - draft settlement agreement and related documents |
| **Date:** | August 14, 2023 11:22:03 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | image008.png |
| | image009.png |
| | image010.png |
| | image020725.jpg |

**EXTERNAL EMAIL - This message originated from an External Source**.

Evan:

I asked her to put it in there. It is a fairly standard term.

I look forward to receiving any redlines you have to this document and we will set up a time to discuss.

Good luck at your deposition.

Jason


**Jason P. Stearns**
*Partner*

**p** | 813-488-2926
**f** | 813-488-2960
**e** | jstearns@sgrlaw.com
201 North Franklin Street | Suite 3550 | Tampa, FL 33602
www.sgrlaw.com  |  My Bio


**From:** Berger, Evan <EBerger@beckerlawyers.com>
**Sent:** Monday, August 14, 2023 2:15 PM
**To:** Gottlieb, Sarah <sgottlieb@sgrlaw.com>
**Cc:** Josef Mysorewala <josefm@lawjmm.com>; Stearns, Jason <jstearns@sgrlaw.com>; Catalano, Jeffrey <jcatalano@sgrlaw.com>; Kitchell, Claudia <ckitchell@sgrlaw.com>
**Subject:** Re: STEEL v. Blitz - draft settlement agreement and related documents

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Sarah,

I just skimmed this on my phone during a break during a deposition. I don't understand why there are 30 day payment terms when what was agreed upon was a consent judgment. This is also inconsistent with the entry of a judgment. Please let me know the reasoning.

Evan

_____

**Evan B. Berger**
Shareholder



Becker & Poliakoff
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301

954.364.6055
954.985.4176
EBerger@beckerlawyers.com
www.beckerlawyers.com
Connect with me on LinkedIn

Follow Becker on...

**Confidentiality Note**: This message, together with any attachments, may contain privileged and confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any examination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by reply e-mail and permanently delete the original message, along with any attachments. Thank you.

On Aug 14, 2023, at 11:51 AM, Gottlieb, Sarah <sgottlieb@sgrlaw.com> wrote:

**EXTERNAL EMAIL - This message originated from an External Source**.

Josef and Evan:

Attached for your review are the following: draft settlement agreement, proposed final judgment and dismissal with prejudice, and joint motion for entry of final judgment and dismissal with prejudice.

**Sarah A. Gottlieb**

*Attorney at Law*

---

**p** | 813-488-2925
**f** | 813-488-2960
**e** | sgottlieb@sgrlaw.com
201 North Franklin Street | Suite 3550 | Tampa, FL 33602
www.sgrlaw.com  |  My Bio

---

<2023 08 11 DRAFT Settlement Agreement(6315177.3).docx>
<2023 08 11 DRAFT Proposed Final Judgment(6315147.3).docx>
<2023 08 11 DRAFT Joint Motion for Entry of Final
Judgment(6314964.3).docx>

**EXHIBIT 4**

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

150799323.1

| | |
|---|---|
| **From:** | Berger, Evan |
| **To:** | Gottlieb, Sarah; Stearns, Jason |
| **Cc:** | Josef Mysorewala; Catalano, Jeffrey; Kitchell, Claudia |
| **Subject:** | RE: STEEL v. Blitz - draft settlement agreement and related documents |
| **Date:** | August 21, 2023 1:22:16 PM |
| **Attachments:** | image001.jpg |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | image008.png |
| | image009.png |
| | image010.png |
| | image011.png |
| | image147381.png |
| | image664692.png |
| | image010605.png |
| | image815592.png |
| | image759630.png |
| | image286174.png |
| | image013739.png |
| | image797791.png |
| | image654496.png |
| | image245772.png |

I spoke to the client and they are willing to make a lump sum payment within 3 days of executing the settlement agreement.  Please revise it to reflect this and add in that the terms of the settlement will remain confidential.  Should be a relatively straightforward agreement.

Evan

## Evan B. Berger
Shareholder



Becker & Poliakoff
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301

954.364.6055
954.985.4176
EBerger@beckerlawyers.com
www.beckerlawyers.com
Connect with me on LinkedIn

Follow Becker on...



**Confidentiality Note**: This message, together with any attachments, may contain privileged and confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any examination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by reply e-mail and permanently delete the original message, along with any attachments. Thank you.

**From:** Gottlieb, Sarah <sgottlieb@sgrlaw.com>
**Sent:** Friday, August 18, 2023 11:13 AM

**To:** Stearns, Jason <jstearns@sgrlaw.com>; Berger, Evan <EBerger@beckerlawyers.com>
**Cc:** Josef Mysorewala <josefm@lawjmm.com>; Catalano, Jeffrey <jcatalano@sgrlaw.com>; Kitchell, Claudia <ckitchell@sgrlaw.com>
**Subject:** RE: STEEL v. Blitz - draft settlement agreement and related documents

**EXTERNAL EMAIL - This message originated from an External Source**.

Evan and Josef,

Please let us know when we can expect to hear back from you regarding the draft settlement documents we sent Monday.

**Sarah A. Gottlieb**
*Attorney at Law*

---

**p** | 813-488-2925
**f** | 813-488-2960
**e** | sgottlieb@sgrlaw.com
201 North Franklin Street | Suite 3550 | Tampa, FL 33602
www.sgrlaw.com  |  My Bio



---

**From:** Stearns, Jason <jstearns@sgrlaw.com>
**Sent:** Monday, August 14, 2023 2:22 PM
**To:** Berger, Evan <EBerger@beckerlawyers.com>; Gottlieb, Sarah <sgottlieb@sgrlaw.com>
**Cc:** Josef Mysorewala <josefm@lawjmm.com>; Catalano, Jeffrey <jcatalano@sgrlaw.com>; Kitchell, Claudia <ckitchell@sgrlaw.com>
**Subject:** RE: STEEL v. Blitz - draft settlement agreement and related documents

Evan:

I asked her to put it in there. It is a fairly standard term.

I look forward to receiving any redlines you have to this document and we will set up a time to discuss.

Good luck at your deposition.

Jason

**Jason P. Stearns**
*Partner*

---

**p** | 813-488-2926

**f** | 813-488-2960
**e** | jstearns@sgrlaw.com
201 North Franklin Street | Suite 3550 | Tampa, FL 33602
www.sgrlaw.com  |  My Bio



---

**From:** Berger, Evan <EBerger@beckerlawyers.com>
**Sent:** Monday, August 14, 2023 2:15 PM
**To:** Gottlieb, Sarah <sgottlieb@sgrlaw.com>
**Cc:** Josef Mysorewala <josefm@lawjmm.com>; Stearns, Jason <jstearns@sgrlaw.com>; Catalano, Jeffrey <jcatalano@sgrlaw.com>; Kitchell, Claudia <ckitchell@sgrlaw.com>
**Subject:** Re: STEEL v. Blitz - draft settlement agreement and related documents

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Sarah,

I just skimmed this on my phone during a break during a deposition. I don't understand why there are 30 day payment terms when what was agreed upon was a consent judgment. This is also inconsistent with the entry of a judgment. Please let me know the reasoning.

Evan

_____


**Evan B. Berger**
Shareholder



Becker & Poliakoff
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301

 954.364.6055
954.985.4176
EBerger@beckerlawyers.com
www.beckerlawyers.com
Connect with me on LinkedIn

Follow Becker on...

**Confidentiality Note**: This message, together with any attachments, may contain privileged and confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any examination, distribution, or copying

of this communication is strictly prohibited. If you have received this communication in error, please notify us by reply e-mail and permanently delete the original message, along with any attachments. Thank you.

On Aug 14, 2023, at 11:51 AM, Gottlieb, Sarah <sgottlieb@sgrlaw.com> wrote:

EXTERNAL EMAIL - This message originated from an External Source.

Josef and Evan:

Attached for your review are the following: draft settlement agreement, proposed final judgment and dismissal with prejudice, and joint motion for entry of final judgment and dismissal with prejudice.

**Sarah A. Gottlieb**
*Attorney at Law*

---

**p** | 813-488-2925
**f** | 813-488-2960
**e** | sgottlieb@sgrlaw.com
201 North Franklin Street | Suite 3550 | Tampa, FL 33602
www.sgrlaw.com  |  My Bio

---

<2023 08 11 DRAFT Settlement Agreement(6315177.3).docx>
<2023 08 11 DRAFT Proposed Final Judgment(6315147.3).docx>
<2023 08 11 DRAFT Joint Motion for Entry of Final Judgment(6314964.3).docx>

**EXHIBIT 5**

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada  89135
(702) 262-6899
(702) 597-5503 (fax)

150799323.1

**From:** Gottlieb, Sarah
**To:** Berger, Evan; Stearns, Jason
**Cc:** Josef Mysorewala; Catalano, Jeffrey; Kitchell, Claudia
**Subject:** RE: STEEL v. Blitz - draft settlement agreement and related documents
**Date:** August 25, 2023 8:41:10 AM
**Attachments:** image002.png
image003.png
image004.png
image005.png
image006.png
image007.png
image008.png
image009.png
image010.png
image011.png
image012.jpg
image462581.jpg

**EXTERNAL EMAIL - This message originated from an External Source**.

Evan,

STEEL does not agree to the addition of a new confidentiality provision.


Sarah A. Gottlieb
*Attorney at Law*

---

**p** | 813-488-2925
**f** | 813-488-2960
**e** | sgottlieb@sgrlaw.com
201 North Franklin Street | Suite 3550 | Tampa, FL 33602
www.sgrlaw.com  |  My Bio

---

**From:** Berger, Evan <EBerger@beckerlawyers.com>
**Sent:** Monday, August 21, 2023 4:22 PM
**To:** Gottlieb, Sarah <sgottlieb@sgrlaw.com>; Stearns, Jason <jstearns@sgrlaw.com>
**Cc:** Josef Mysorewala <josefm@lawjmm.com>; Catalano, Jeffrey <jcatalano@sgrlaw.com>; Kitchell, Claudia <ckitchell@sgrlaw.com>
**Subject:** RE: STEEL v. Blitz - draft settlement agreement and related documents

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I spoke to the client and they are willing to make a lump sum payment within 3 days of executing the settlement agreement.  Please revise it to reflect this and add in that the terms of the settlement will remain confidential.  Should be a relatively straightforward agreement.

Evan

## Evan B. Berger
Shareholder



Becker & Poliakoff
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301

 954.364.6055
954.985.4176
EBerger@beckerlawyers.com
www.beckerlawyers.com
Connect with me on LinkedIn

Follow Becker on...

**Confidentiality Note**: This message, together with any attachments, may contain privileged and confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any examination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by reply e-mail and permanently delete the original message, along with any attachments. Thank you.

**From:** Gottlieb, Sarah <sgottlieb@sgrlaw.com>
**Sent:** Friday, August 18, 2023 11:13 AM
**To:** Stearns, Jason <jstearns@sgrlaw.com>; Berger, Evan <EBerger@beckerlawyers.com>
**Cc:** Josef Mysorewala <josefm@lawjmm.com>; Catalano, Jeffrey <jcatalano@sgrlaw.com>; Kitchell, Claudia <ckitchell@sgrlaw.com>
**Subject:** RE: STEEL v. Blitz - draft settlement agreement and related documents

**EXTERNAL EMAIL - This message originated from an External Source**.


Evan and Josef,

Please let us know when we can expect to hear back from you regarding the draft settlement documents we sent Monday.


**Sarah A. Gottlieb**
*Attorney at Law*

**p** | 813-488-2925
**f** | 813-488-2960
**e** | sgottlieb@sgrlaw.com
201 North Franklin Street | Suite 3550 | Tampa, FL 33602
www.sgrlaw.com  |  My Bio



**From:** Stearns, Jason <jstearns@sgrlaw.com>
**Sent:** Monday, August 14, 2023 2:22 PM
**To:** Berger, Evan <EBerger@beckerlawyers.com>; Gottlieb, Sarah <sgottlieb@sgrlaw.com>
**Cc:** Josef Mysorewala <josefm@lawjmm.com>; Catalano, Jeffrey <jcatalano@sgrlaw.com>; Kitchell, Claudia <ckitchell@sgrlaw.com>
**Subject:** RE: STEEL v. Blitz - draft settlement agreement and related documents

Evan:

I asked her to put it in there. It is a fairly standard term.

I look forward to receiving any redlines you have to this document and we will set up a time to discuss.

Good luck at your deposition.

Jason


**Jason P. Stearns**
*Partner*

---

**p** | 813-488-2926
**f** | 813-488-2960
**e** | jstearns@sgrlaw.com
201 North Franklin Street | Suite 3550 | Tampa, FL 33602
www.sgrlaw.com  |  My Bio



---

**From:** Berger, Evan <EBerger@beckerlawyers.com>
**Sent:** Monday, August 14, 2023 2:15 PM
**To:** Gottlieb, Sarah <sgottlieb@sgrlaw.com>
**Cc:** Josef Mysorewala <josefm@lawjmm.com>; Stearns, Jason <jstearns@sgrlaw.com>; Catalano, Jeffrey <jcatalano@sgrlaw.com>; Kitchell, Claudia <ckitchell@sgrlaw.com>
**Subject:** Re: STEEL v. Blitz - draft settlement agreement and related documents

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Sarah,

I just skimmed this on my phone during a break during a deposition. I don't understand why there are 30 day payment terms when what was agreed upon was a consent judgment. This is also inconsistent with the entry of a judgment. Please let me know the reasoning.

Evan

_____

**Evan B. Berger**
Shareholder



Becker & Poliakoff
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301

 954.364.6055
954.985.4176
EBerger@beckerlawyers.com
www.beckerlawyers.com
Connect with me on LinkedIn

Follow Becker on...

**Confidentiality Note**: This message, together with any attachments, may contain privileged and confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any examination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by reply e-mail and permanently delete the original message, along with any attachments. Thank you.

On Aug 14, 2023, at 11:51 AM, Gottlieb, Sarah <sgottlieb@sgrlaw.com> wrote:

| EXTERNAL EMAIL - This message originated from an External Source. |
|---|

Josef and Evan:

Attached for your review are the following: draft settlement agreement, proposed final judgment and dismissal with prejudice, and joint motion for entry of final judgment and dismissal with prejudice.

**Sarah A. Gottlieb**
*Attorney at Law*

_____

**p** | 813-488-2925
**f** | 813-488-2960
**e** | sgottlieb@sgrlaw.com
201 North Franklin Street | Suite 3550 | Tampa, FL 33602
www.sgrlaw.com  |  My Bio

_____

<2023 08 11 DRAFT Settlement Agreement(6315177.3).docx>
<2023 08 11 DRAFT Proposed Final Judgment(6315147.3).docx>
<2023 08 11 DRAFT Joint Motion for Entry of Final
Judgment(6314964.3).docx>

**EXHIBIT 6**

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

150799323.1

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**STEEL SUPPLEMENTS, INC.,**
a Florida corporation,

      Plaintiff,

v.                              **Case No. 8:20-cv-02971-WFJ-TGW**

**BLITZ NV, LLC,** a Nevada
limited liability company,

      Defendant.

_____/

## PLAINTIFF'S MOTION TO REOPEN CASE

The parties filed a joint notice of settlement in this case on August 8, 2023, advising the Court of their agreement to resolve the remaining claims and conclude this years-long litigation. The Court canceled the bench trial that was scheduled to begin two days later and entered a 30-day dismissal order, dismissing the case (without prejudice for 30 days, and then with prejudice following 30 days) subject to (1) the parties' right to submit a stipulated form of final order or judgment or (2) any party to move to reopen the action, upon good cause shown. This filing should have been the parties' joint motion for entry of final judgment pursuant to their settlement. Instead, Blitz's post-settlement conduct has forced STEEL to request the Court provide the latter option for relief: reopening the action upon good cause, as shown herein.

1

SGR/6332966.1

1. The Court's summary judgment order disposed of the bulk of the parties' claims in this case. The parties were scheduled to try the remaining claims at the bench trial scheduled for August 10 and 11.

2. On August 3, 2023, the parties attended the Court's pre-trial conference. At that time, the Court clarified its summary judgment ruling interpreting the meaning of "gross sales" under the Personal Services Sponsorship/License Agreement at the center of this lawsuit. That discussion made it unmistakably clear that STEEL had overpaid Blitz by nearly one-half million dollars.

3. On August 4, 2023, after extensive negotiation, the parties reached a settlement. The essential settlement terms were set forth in an email from STEEL's counsel, Jason Stearns, to Blitz's counsel, as follows:

> Blitz agrees to a consent judgment in the amount of $486,868.43 in favor of STEEL. The parties file a joint stipulation of dismissal with prejudice of all remaining claims, with each party to bear its own attorneys' fees and costs. The parties submit a proposed final judgment to the Court for entry of an award in favor of STEEL and against Blitz for $486,868.43 and that the agreement is terminated. The parties agree to waive all rights to appeal and for any attorneys' fees. In other words, we will have to have a stipulation and/or agreement that this matter will be final and there are no appeal rights.

Ex. A.

4. Blitz accepted STEEL's settlement offer. In an email, Blitz's counsel, Evan Berger, responded: "We have spoken with Blitz and they accept.

2

SGR/6332966.1

Let's talk later this afternoon about the mechanics and advising the court." Ex. A.

5. After advising the Court of the settlement, counsel for STEEL drafted a settlement agreement, joint motion for entry of final judgment, and proposed final judgment in accordance with the parties' agreement. Counsel for STEEL provided the drafts to counsel for Blitz on August 14, 2023.

6. Over the next several weeks, counsel for STEEL repeatedly followed up with counsel for Blitz to finalize the documents for filing.

7. On August 21, 2023, counsel for Blitz attempted to renegotiate the essential terms of the settlement, asking that the long form agreement include a confidentiality provision in exchange for certain payment terms. Blitz's proposed confidentiality term was inconsistent with the essential terms of the parties' agreement, which provided for entry of a final judgment in favor of STEEL and against Blitz.

8. On August 25, 2023, counsel for STEEL informed counsel for Blitz that STEEL would not incorporate Blitz's new terms into the settlement.

9. Blitz refuses to execute the long-form settlement agreement, consent to the draft proposed final judgment, or otherwise cooperate to complete the documents necessary to effectuate the agreed settlement.[1]

---

[1] This is an indictment of Blitz, not its counsel. To be clear, STEEL is not suggesting any misconduct by Blitz's counsel.

3

10. On September 5, 2023, Mr. Berger called Mr. Stearns and informed him that Blitz would not proceed with the parties' agreement without confidentiality. Mr. Berger acknowledged that the parties did not negotiate for that term, stated he understood STEEL would file a motion to enforce the terms of the settlement, and stated that he could not file an opposition in good faith.

11. Mr. Berger stated he would reach out to Blitz one more time to ensure Blitz's final position on the matter and would contact Mr. Stearns that afternoon to let him know.

12. Mr. Berger did not contact Mr. Stearns that afternoon. Mr. Stearns followed up by email the following morning, on September 6, and Mr. Berger responded that he was told he would have a "final answer" from his client by 2 pm that day and would let Mr. Stearns know "as soon as we connect, but as of now, no change from yesterday." Mr. Berger did not contact Mr. Stearns for the remainder of the day.

13. At 8:08 p.m. on September 6, counsel for STEEL received an email correspondence from the law firm of Fox Rothschild LLP. The correspondence included three bankruptcy court filings, including Blitz's petition to the Nevada bankruptcy court dated September 6, 2023. Comp. Ex. B.

14. Based on the foregoing, there is good cause to reopen this case. This action was dismissed without prejudice and closed on the condition of

4

SGR/6332966.1

settlement, under which Blitz now refuses to perform (and is taking active steps to avoid). Accordingly, the Court should reopen the case for further proceedings, including, but not limited to, future potential enforcement of the parties' settlement agreement or pretrial and trial proceedings. *See United States v. Sand Lake Cancer Center, P.A.*, No. 8:13-cv-2724, 2019 WL 12529099 (M.D. Fla. Nov. 26, 2019) (reopening case to enforce settlement agreement), *aff'd sub nom. Broadnax v. Sand Lake Cancer Center, P.A.*, 819 Fed. Appx. 799 (11th Cir. 2020).

15.    To not reopen the case, but to permit it to be dismissed with prejudice upon the conclusion of 30 days from the Court's August 8 Order, would result in prejudice to STEEL as it would leave STEEL with neither (1) enforcement of the bargained for settlement agreement nor, in the alternative, (2) the opportunity to continue litigating its claims against Blitz.[2]

WHEREFORE, STEEL respectfully requests the Court not dismiss this case with prejudice but instead reopen this case for further proceedings as necessary, including, but not limited to, future potential enforcement of the parties' settlement agreement or, in the alternative, future pretrial and trial proceedings.

---

[2] STEEL is currently evaluating the implications, if any, of the bankruptcy petition that was filed yesterday.

5

## Rule 3.01(g) conferral

As stated *supra*, Blitz's counsel expressed understanding that STEEL would file a motion to enforce the terms of the settlement, and stated that he could not file a good faith opposition and would be withdrawing from the case. In any event, it is STEEL's understanding, given the nature of the discussions described *supra*, that Blitz would oppose this motion.

Dated: September 7, 2023

/s/ *Jason P. Stearns*
Jason P. Stearns
Sarah A. Gottlieb
**SMITH, GAMBRELL & RUSSELL, LLP**
201 North Franklin Street, Suite 3550
Tampa, FL 33602
Phone: 813-488-2920
Fax: 813-488-2960
E-mail: jstearns@sgrlaw.com
        sgottlieb@sgrlaw.com
        ckitchell@sgrlaw.com

Jeffrey J. Catalano (admitted *pro hac vice*)
**SMITH, GAMBRELL & RUSSELL, LLP**
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
Phone: 312-360-6000
E-mail: jcatalano@sgrlaw.com

Brian D. Goodrich
**BENTLEY GOODRICH KISON, P.A.**
783 S. Orange Ave., Third Floor
Sarasota, FL 34239
Phone: 941-556-9030
Fax: 941-312-5316
E-mail: bgoodrich@bgk.law
        jbradley@bgk.law

6

*Attorneys for Plaintiff STEEL Supplements, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2023, I filed the foregoing Motion via CM/ECF which will serve all attorneys of record.

*/s/Jason P. Stearns*

# Exhibit A

## Re: STEEL/Blitz – 408 Settlement

Berger, Evan <EBerger@beckerlawyers.com>
Fri 8/4/2023 2:46 PM

To:Stearns, Jason <jstearns@sgrlaw.com>
Cc:Josef Mysorewala <josefm@lawjmm.com>;Gottlieb, Sarah <sgottlieb@sgrlaw.com>

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Jason,

We have spoken with Blitz and they accept.  Let's talk later this afternoon about the mechanics and advising the court.

Evan

———————

**Evan B. Berger**
Shareholder



Becker & Poliakoff
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301

 954.364.6055
 954.985.4176
 EBerger@beckerlawyers.com
 www.beckerlawyers.com
 Connect with me on LinkedIn

Follow Becker on...


**Confidentiality Note**: This message, together with any attachments, may contain privileged and confidential information. If the reader of this message is not the intended recipient, you are hereby notified that any examination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by reply e-mail and permanently delete the original message, along with any attachments. Thank you.

On Aug 4, 2023, at 9:59 AM, Stearns, Jason <jstearns@sgrlaw.com> wrote:

**EXTERNAL EMAIL - This message originated from an External Source**.

Rule 408 – Settlement Communication

Evan and Josef:

It was nice seeing you both yesterday. I am sending you this email confirmation of the settlement offer that remains open until 5:00 Eastern today.

Blitz agrees to a consent judgment in the amount of $486,868.43 in favor of STEEL. The parties file a joint stipulation of dismissal with prejudice of all remaining claims, with each party to bear its own attorneys' fees and costs. The parties submit a proposed final judgment to the Court for entry of an award in favor of STEEL and against Blitz for $486,868.43 and that the agreement is terminated. The parties agree to waive all rights to appeal and for any attorneys' fees. In other words, we will have to have a stipulation and/or agreement that this matter will be final and there are no appeal rights.

Jason

**Jason P. Stearns**
*Partner*

---

**p** | 813-488-2926
**f** | 813-488-2960
**e** | jstearns@sgrlaw.com
201 North Franklin Street | Suite 3550 | Tampa, FL 33602
www.sgrlaw.com | My Bio

---

Composite Exhibit B

Case 8:20-cv-03871-TGW   Document 86   Entered 10/25/23 05:23:56   Page 55 of 75   PageID 11855

## In re Blitz NV, LLC, BK-S-23-12871-NMC (Chapter 11 Subchapter V Bankruptcy Filing)

**Hosey, Angela <AHosey@foxrothschild.com>**
Wed 9/6/2023 8:08 PM

To:Gottlieb, Sarah <sgottlieb@sgrlaw.com>;Stearns, Jason <jstearns@sgrlaw.com>;josefm@lawjmm.com <josefm@lawjmm.com>;eberger@backerlawyers.com <eberger@backerlawyers.com>

Cc:Axelrod, Brett <BAxelrod@foxrothschild.com>

 3 attachments (2 MB)
01 - Voluntary Petition-C.pdf; 02 - Notice of 341 Meeting-C.pdf; 03 - Declaration Regarding E-Filing-C.pdf;

> You don't often get email from ahosey@foxrothschild.com. Learn why this is important

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Attached are copies of the Voluntary Petition (ECF 1), Notice of Bankruptcy (ECF 2), and Declaration of E-Filing (ECF 3) filed today regarding Blitz NV, LLC.

**Angela Hosey**
Paralegal
**Fox Rothschild LLP**
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
(702) 699-5927 - direct
(702) 597-5503 - fax
AHosey@foxrothschild.com
www.foxrothschild.com

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **BLITZ NV, LLC** |
| --- | --- | --- |

2. All other names debtor used in the last 8 years

Include any assumed names, trade names and *doing business as* names

3. Debtor's federal Employer Identification Number (EIN)     47-1991304

4. Debtor's address

**Principal place of business**

**5990 West Patrick Lane**
**Las Vegas, NV 89118**
Number, Street, City, State & ZIP Code

**Clark**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

Number, Street, City, State & ZIP Code

5. Debtor's website (URL)

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

| Debtor | BLITZ NV, LLC | | Case number (*if known*) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
| --- | --- | --- | --- | --- | --- | --- |
| | District | | When | | Case number | |

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 2

DocuSign Envelope ID: 9CDDAEF8-30B7-480C-B5E8-461C702E1A7A

| Debtor | BLITZ NV, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**10.** Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11.** Why is the case filed in *this district?*

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** Does the debtor own or have possession of any real property or personal property that needs immediate attention?

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13.** Debtor's estimation of available funds

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** Estimated number of creditors

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** Estimated Assets

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** Estimated liabilities

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201 — Voluntary Petition for Non-Individuals Filing for Bankruptcy — page 3

DocuSign Envelope ID: 9CDDAEE8-30B7-480C-B5E8-461C702E1A7A

| Debtor | BLITZ NV, LLC | Case number (*if known*) | |
|--------|---------------|--------------------------|---|
| | Name | | |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Official Form 201 | Voluntary Petition for Non-Individuals Filing for Bankruptcy | page 4 |
|-------------------|-------------------------------------------------------------|--------|

| Debtor | BLITZ NV, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 6, 2023**
                       MM / DD / YYYY

DocuSigned by:

X  *Jason Verona*                                    Jason Verona
Signature of authorized representative of debtor      Printed name

Title    **Chief Operating Officer**

---

**18. Signature of attorney**

X  _(signature)_                        Date  **September 6, 2023**
Signature of attorney for debtor              MM / DD / YYYY

**Brett A. Axelrod 5859**
Printed name

**Fox Rothschild LLP**
Firm name

**1980 Festival Plaza Drive, Suite 700**
**Las Vegas, NV 89135**
Number, Street, City, State & ZIP Code

Contact phone  **(702) 262-6899**    Email address  **baxelrod@foxrothschild.com**

**5859 NV**
Bar number and State

---

# BITZ NV, LLC

## ACTION BY WRITTEN CONSENT OF THE CHIEF OPERATING OFFICER

IT IS RESOLVED that in the judgment of the Chief Operating Officer, it is desirable and in the best interests of BLITZ NV, LLC, a Nevada limited liability company (the "Company"), that the Company commence a Subchapter V of chapter 11 case (the "Chapter 11 Case") by filing a voluntary petition for relief under the provisions of chapter 11 of title 11, of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court"); and it is

FURTHER RESOLVED that the Chief Operating Officer of the Company or any other duly authorized officer or officers (the "Proper Officers") of the Company are hereby authorized and empowered to execute and verify or certify on behalf of, and in the name of, the Company, a voluntary petition for relief under chapter 11 of the Bankruptcy Code and to cause appropriate documents to be filed in the United States Bankruptcy Court for the District of Nevada, and any affidavits, forms, schedules, lists, applications or any other pleadings or documents which are necessary or appropriate to file the voluntary petition; and it is

FURTHER RESOLVED that the Proper Officers of the Company be, and they hereby are, authorized and empowered to execute on behalf of, and in the name of, the Company any and all plans of reorganization under chapter 11 of the Bankruptcy Code, including any and all modifications, supplements, and amendments thereto, and to cause the same to be filed in the United States Bankruptcy Court for the District of Nevada at such time as said authorized officer executing the same shall determine; and it is

FURTHER RESOLVED that in connection with the commencement of the chapter 11 case by the Company, the Proper Officers of the Company be and hereby are, authorized and empowered on behalf of, and in the name of, the Company to execute and file all first-day pleadings and related documents on such terms and conditions as such officer or officers executing the same may consider necessary, proper or desirable, such determination to be conclusively evidenced by such execution or the taking of such action, and to consummate the transactions contemplated by such agreements or instruments on behalf of the Company; and it is

FURTHER RESOLVED that the law firm of Fox Rothschild, LLP, is hereby employed as general bankruptcy counsel for the Company upon such terms and conditions as the Proper Officers shall approve, to render legal services to, and to represent, the Company in connection with the chapter 11 case, subject to Bankruptcy Court approval, and in connection therewith, the Proper Officers of the Company are hereby authorized and directed to execute appropriate retention agreements and pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case and cause to be filed with the Bankruptcy Court an appropriate application for authority to retain the services of such firm; and it is

Active\95999140.v1-10/1/19

DocuSign Envelope ID: 9GDDAEF8-20B7-480C-B5E8-461C702E1A7A

FURTHER RESOLVED that the Proper Officers of the Company are hereby authorized to employ and retain on behalf of the Company such other professionals as they deem necessary or appropriate upon such terms and conditions as the Proper Officers shall approve, to provide services to the Company as may be requested by the Property Officers of the Company in connection with the chapter 11 case and with respect to other related matters, with a view to the successful prosecution of such case; and it is

FURTHER RESOLVED that the Proper Officers of the Company be, and they hereby are, authorized and empowered to obtain post-petition financing according to terms negotiated, or to be negotiated, by management of the Company, including under debtor-in-possession credit facilities or relating to the use of cash collateral, and to enter into any guarantees and to pledge or grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreements, and in connection therewith, such affairs of the Company, are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements, and related ancillary documents; and it is

FURTHER RESOLVED that the Proper Officers of the Company are authorized and directed to take any and all further action, and to execute and deliver in the name of, and on behalf of, the Company, any and all such other and further instruments and documents and to pay all such expenses (subject to Bankruptcy Court approval), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

FURTHER RESOLVED that all acts lawfully done or actions lawfully taken by the Proper Officers or the Manager of the Company to file the voluntary petition for relief under chapter 11 of the Bankruptcy Code or in any other connection with the chapter 11 case of the Company, or any matter related thereto, or by virtue of these resolutions be, and hereby are, in all respects ratified, confirmed, and approved.

IN WITNESS WHEREOF, the undersigned has signed this Written Consent as of this 6th day of September, 2023.

<div style="margin-left:45%;">

**BLITZ NV, LLC,**
**a Nevada limited liability company**

By: *Jason Verona*

Jason Verona, Chief Operating Officer

</div>

Case 8:20-Case 23-11871-mkv Doc 186 Entered 10/25/23 15:56 Page 64 of 75 eID 11864

## Blitz NV, LLC
## Balance Sheet
### As of August 31, 2023

| | Aug 31, 23 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **Esquire Bank 1022028680** | 28,624.20 |
| **Greater NV Credit Union 5295** | 2,886.41 |
| **Greater NV Credit Union S5287** | 10.04 |
| **NBKC Bank 8240001** | 2,491.00 |
| **Total Checking/Savings** | 34,011.65 |
| **Other Current Assets** | |
| **Loan to Goat Airways** | 8,297,857.01 |
| **Loan to Bilzerian Entertainment** | 971,750.06 |
| **Loan to Uninclusive Agency LLC** | 50,154.84 |
| **Trademarks** | 21,135.70 |
| **Total Other Current Assets** | 9,340,897.61 |
| **Total Current Assets** | 9,374,909.26 |
| **Fixed Assets** | |
| **Leasehold H.A. Improvements** | 402,577.90 |
| **Leasehold Improve H.A. Accum** | -351,340.78 |
| **Leasehold Improve Rec Accum** | -365,328.90 |
| **Leasehold Rec Improvements** | 431,422.24 |
| **Total Fixed Assets** | 117,330.46 |
| **Other Assets** | |
| **Investment in Fitspot Ventures** | 100,000.00 |
| **Maven Creative LLC** | 15,000.00 |
| **Organization Costs** | 1,000.00 |
| **Total Other Assets** | 116,000.00 |
| **TOTAL ASSETS** | **9,608,239.72** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | -3,789.23 |
| **Total Accounts Payable** | -3,789.23 |
| **Other Current Liabilities** | |
| **Loan From 30 Meadowhawk Lane LLC** | 253,318.35 |
| **Loan from Shareholder** | 3,937,803.91 |
| **Total Other Current Liabilities** | 4,191,122.26 |
| **Total Current Liabilities** | 4,187,333.03 |
| **Total Liabilities** | 4,187,333.03 |
| **Equity** | |
| **Members Equity** | 6,127,620.18 |
| **Owner's Contributions** | 499,930.00 |
| **Net Income** | -1,206,643.49 |
| **Total Equity** | 5,420,906.69 |
| **TOTAL LIABILITIES & EQUITY** | **9,608,239.72** |

Case 8:20-Case 23-11871-mkv Doc 186 Entered 10/25/23 15:56 Page 64 of 75 eID 11864

Case 3:20-Case 23-1337-5nw Doc 86 Entered 09/25/23 15:56 Page 65 of 75 eID 11865

# Blitz NV, LLC
# Profit & Loss
### January through August 2023

|  | Jan - Aug 23 |
|---|---:|
| **Income:** | |
| **Marketing Income** | 707,004.64 |
| **Miscellaneous Income** | 158,206.41 |
| **Promotional Income** | 34,364.00 |
| Total Income | **899,575.05** |
| Gross Profit | **899,575.05** |
| **Expenses:** | |
| **Bank Charges** | 325.19 |
| **Computer Expenses** | 14,724.71 |
| **Courier Services** | 6,129.29 |
| **Dues & Subscriptions** | 8,361.14 |
| **Insurance - Business Auto** | 1,617.24 |
| **Insurance - Commercial Property** | 52,223.26 |
| **Insurance - General Liability** | 3,372.75 |
| **Insurance - Workers Comp** | 180.00 |
| **Furniture & Equipment** | 4,184.75 |
| **Outside Professional Service** | 16,438.84 |
| **Repairs & Maintenance** | 105,383.28 |
| **Security Expense** | 128,611.74 |
| **Supplies** | 100,198.24 |
| **Taxes & Licenses** | 32,632.61 |
| **Travel Expenses** | 26,898.18 |
| **Utilities** | 67,358.50 |
| **Vehicle Expense** | 145,695.56 |
| **Other** | 1,099.85 |
| **Office Internet & Phone Expense** | 4,709.89 |
| **Office Supplies** | 674.37 |
| **Outside Services - General** | 48,559.75 |
| **Payroll Expenses** | 420,826.68 |
| **Postage** | 186.70 |
| **Legal Expense** | 160,285.29 |
| **Other Professional Services** | 91,515.57 |
| **Payroll Processing & HR Admin** | 10,965.73 |
| **Security Expense** | 6,635.71 |
| **Professional Services - Other** | 500.00 |
| **Rent Expense** | 40,000.00 |
| **Repairs & Maintenance** | 7,667.87 |
| **Supplies Expense** | 41,140.53 |
| **Taxes & Licenses** | 1,207.62 |
| **Travel Expenses** | 421,815.70 |
| **Amortization Expense** | 134,092.00 |
| Total Expense | **2,106,218.54** |
| Net Income | **1,206,643.49** |

Case 8:20-Case 23-13873-mwc Document 86 Entered 10/25/23 15:23:56 Page 66 of 75 eID 11866

**Blitz NV, LLC**
# Statement of Cash Flows
### January through August 2023

|  | Jan - Aug 23 |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | -1,206,643.49 |
| **Adjustments to reconcile Net Income** | |
| **to net cash provided by operations:** | |
| Loan from Shareholder | 2,095,666.67 |
| Loan to Bilzerian Entertainment | 6,100.00 |
| Due from Ignite International | 9,290.43 |
| Loan to Uninclusive Agency LLC | 101,454.39 |
| Accounts Payable | -227,864.27 |
| Loan from 30 Meadowhawk Lane LLC | 40,000.00 |
| Loan to Goat Airways | -972,575.02 |
| Net cash provided by Operating Activities | -154,571.29 |
| **INVESTING ACTIVITIES** | |
| Leasehold Improve H.A. Accum | 58,556.80 |
| Leasehold Improve Rec Accum | 75,535.20 |
| Supplement Company | -15,000.00 |
| Net cash provided by Investing Activities | 119,092.00 |
| Net cash increase for period | -35,479.29 |
| Cash at beginning of period | 69,490.94 |
| Cash at end of period | 34,011.65 |

Page 1 of 1

Case 8:20-Case 28:21-87497cv-Do/Dtch.ement-0/06/25/23 (15:23:50)Pd Palge 62 of 75 Page ID 11867

**Blitz Cash Position for all bank accounts**

| Acct # | Entity | Bank Acct Description | Bank | Pending Adj. | Cash Postion as of 08.31.23 |
|---|---|---|---|---|---|
| | Blitz NV, LLC | Esquire Bank | | | 28,624.20 |
| | | | | | |
| | | | | | |
| 86215295 | Blitz NV, LLC | Greater Nevada Credit Union - Checking | GNCU | | 2,886.41 |
| 86215287 | Blitz NV, LLC | Greater Nevada Credit Union - Savings | GNCU | | 10.04 |
| 30040553476 | Blitz NV, LLC | NBKC Bank - Checking | NBKC | | 2,491.00 |
| | | | | | |
| | | | | | |
| | | | | Total | 34,011.65 |

C:\Users\scott\Documents\Blitz Cash Position as of 08.31.23.xlsx

DocuSign Envelope ID: 96DDA5E8-30B3-420C-B5E8-461C702E1A7A

Fill in this information to identify the case:

Debtor name    **BLITZ NV, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 6, 2023**     x *Jason Verona*
                                       Signature of individual signing on behalf of debtor

                                       **Jason Verona**
                                       Printed name

                                       **Chief Operating Officer**
                                       Position or relationship to debtor

DocuSign Envelope ID: 96DDA5E8-30B3-480C-B5E8-461C702E1A7A

Fill in this information to identify the case:

Debtor name | BLITZ NV, LLC

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                          12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 30 Meadowlark Lane LLC 5990 W. Patrick Lane Las Vegas, NV 89118 | | | | | | $0.00 |
| International Investments, Ltd. 858 Zenway Blvd. Frigate Bay, St. Kitts. P.O. Box 2086 Basseterre, St. Kitts | | | | | | $0.00 |
| Steel Supplements, Inc. c/o Smith Gambrell & Russell LLP 201 North Franklin Street, Suite 3550 Tampa, FL 33602 | | Lawsuit Filed. | Disputed | | | $0.00 |

## United States Bankruptcy Court
### District of Nevada

In re    **BLITZ NV, LLC** _____    Case No. _____

                                                         Debtor(s)            Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Operating Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **September 6, 2023** _____

DocuSigned by:

*Jason Verona*

C81708E8D1DC46C...

**Jason Verona/Chief Operating Officer**
Signer/Title

DocuSign Envelope ID: 96DDA5E8-30B3-489C-B5E8-461C702E1A7A

BLITZ NV, LLC
5990 West Patrick Lane
Las Vegas, NV 89118

Brett A. Axelrod
Fox Rothschild LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135

30 Meadowlark Lane LLC
5990 W. Patrick Lane
Las Vegas, NV 89118

Brian Goodrich
Acct No N/A
Bentley Goodrich Kison
783 S. Orange Avenue, 3rd Floor
Sarasota, FL 34239

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy.
Box 551401
Las Vegas, NV 89155-1401

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy.
Box 551220
Las Vegas, NV 89155-1220

Dan Blizerian
5990 W. Patrick Lane
Las Vegas, NV 89118

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Goat Works, LLC
121 Wisconsin Avenue, Suite 101
Whitefish, MT 59937

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

International Investments, Ltd.
858 Zenway Blvd.
Frigate Bay, St. Kitts.
P.O. Box 2086
Basseterre, St. Kitts

DocuSign Envelope ID: 96DDA5E8-30B3-4920-B5E8-461C702E1A7A

Jeffrey J. Catalano
Acct No N/A
Smith Gambrell & Russell LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606

Nevada Department of Taxation
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Steel Supplements, Inc.
Acct No N/A
c/o Smith Gambrell & Russell LLP
201 North Franklin Street, Suite 3550
Tampa, FL 33602

U.S. Small Business Administration
Office of General Counsel
312 N. Spring St., 5th Floor
Los Angeles, CA 90012

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

| Information to identify the case: | | |
|---|---|---|
| Debtor | **BLITZ NV, LLC**<br>Name | EIN: 47−1991304 |
| United States Bankruptcy Court    District of Nevada | | Date case filed for chapter:        11        9/6/23 |
| Case number:      23−13871−nmc | | |

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

## Notice of Chapter 11 Bankruptcy Case

**10/20**

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | BLITZ NV, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5990 WEST PATRICK LANE<br>LAS VEGAS, NV 89118 | |
| 4. | **Debtor's attorney**<br>Name and address | BRETT A. AXELROD<br>FOX ROTHSCHILD LLP<br>1980 FESTIVAL PLAZA DRIVE STE 700<br>LAS VEGAS, NV 89135 | Contact phone:  (702) 262−6899<br><br>Email:  baxelrod@foxrothschild.com |
| 5. | **Bankruptcy trustee**<br>Name and address | CHAPTER 11 − LV<br>300 LAS VEGAS BLVD., SO. #4300<br>LAS VEGAS, NV 89101 | Contact phone  (702) 388−6600<br><br>Email:  USTPRegion17.lv.ecf@usdoj.gov |
| 6. | **Bankruptcy clerk's office**<br> Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 300 Las Vegas Blvd., South<br>Las Vegas, NV 89101 | Office Hours: 9:00 AM − 4:00 PM<br><br>Contact phone: (702) 527−7000<br><br>Date: 9/6/23 |

**For more information, see page 2 >**

Debtor **BLITZ NV, LLC**                                                                 Case number   **23−13871−nmc**

| | | | |
|---|---|---|---|
| **7.** | **Meeting of creditors** The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **October 12, 2023 at 09:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Call−in Number: 877−920−8646, Passcode: 7968994** |

| | | |
|---|---|---|
| **8.** | **Proof of claim deadline** | **Deadline for filing proof of claim:** **11/15/23** For a governmental unit: **3/4/24** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed*, *contingent*, or *unliquidated;* • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |

| | | |
|---|---|---|
| **9.** | **Exception to discharge deadline** The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. **Deadline for filing the complaint:**        None |

| | | |
|---|---|---|
| **10.** | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

| | | |
|---|---|---|
| **11.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. |

| | | |
|---|---|---|
| **12.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying thefiling fee in the bankruptcy clerk's office by the deadline. |

Name, Address, Telephone No. & I.D. No.
**Brett A. Axelrod 5859**
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
(702) 262-6899
5859 NV

## UNITED STATES BANKRUPTCY COURT
### District of Nevada

In Re
**BLITZ NV, LLC**

BANKRUPTCY NO.
CHAPTER NO. **11**

Debtor(s)

### DECLARATION RE: ELECTRONIC FILING OF PETITION
### SCHEDULES, STATEMENTS AND PLAN (if applicable)

PART I - DECLARATION OF PETITIONER

I [We] __Jason Verona__ and _____, the undersigned debtor(s) hereby declare under penalty of perjury that the information I have given my attorney and the information provided in the electronically filed petition, statements, schedules, amendments and plan (if applicable) as indicated above is true and correct. I consent to my attorney filing my petition, this declaration, statements, schedules and plan (if applicable) as indicated above to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 15 days following the date the petition was electronically filed. I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

☐ If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7 or 13. I am aware that I may proceed under chapter 7, 11, 12, or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 or 13. I request relief in accordance with the chapter specified in this petition.

■ [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Dated: __September 6, 2023__

Signed: _Jason Verona_
C81768E8D1DC46C...
**Jason Verona/Chief Operating Officer**
(Applicant)

PART II - DECLARATION OF ATTORNEY

I, the attorney for the petitioner named in the foregoing petition, declare that, I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Dated: __September 6, 2023__

Signed: _____
**Brett A. Axelrod 5859**
Attorney for Debtor(s)