UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA (LAS VEGAS)

|  |  |
|---|---|
| IN RE: | . Case No. 23-13871-nmc |
|  | . Chapter 11 |
|  | . |
| BLITZ NV, LLC, | . 300 Las Vegas Boulevard S. |
|  | . Las Vegas, Nevada 89101 |
| Debtor. | . |
|  | . Tuesday, October 10, 2023 |
|  | . 12:32 p.m. |

. . . . . . . . . . . . . . . . .

TRANSCRIPT OF OST RE: MOTION FOR AUTHORITY TO OBTAIN CREDIT
UNDER SECTION 364(B), RULE 4001(C) OR (D) MOTION FOR INTERIM
AND FINAL ORDERS: (I) AUTHORIZING DEBTOR TO OBTAIN POST-
PETITION SECURED FINANCING; (II) GRANTING LIENS; (III)
MODIFYING THE AUTOMATIC STAY (IV) SCHEDULING FINAL HEARING; AND
(V) GRANTING RELATED RELIEF WITH PROPOSED ORDER
FILED BY BRETT A. AXELROD ON BEHALF OF BLITZ NV, LLC [41]
BEFORE THE HONORABLE NATALIE M. COX
UNITED STATES BANKRUPTCY COURT JUDGE

TELEPHONIC APPEARANCES:

For the Debtor:          Fox Rothschild LLP
                         By:  BRETT A. AXELROD, ESQ.
                         1980 Festival Plaza Drive
                         Suite 700
                         Las Vegas, NV 89135

APPEARANCES CONTINUED.

Audio Operator:          Benji Rawling, Remote CRD

Transcription Company:   Access Transcripts, LLC
                         10110 Youngwood Lane
                         Fishers, IN 46048
                         (855) 873-2223
                         www.accesstranscripts.com

Proceedings recorded by electronic sound recording,
transcript produced by transcription service.

APPEARANCES (Continued):

| | |
|---|---|
| For the United States Trustee: | Office of the United States Trustee<br>By:  JARED DAY, ESQ.<br>300 Las Vegas Blvd South<br>Suite 4300<br>Las Vegas, NV 89101 |
| For Steel Supplements, Inc.: | Smith, Gambrell & Russell, LLP<br>By:  BRIAN P. HALL, ESQ.<br>1105 West Peachtree Street N.E.<br>Suite 1000<br>Atlanta, GA 30309<br><br>Carlyon Cica CHTD<br>By:  DAWN CICA, ESQ.<br>265 East Warm Springs Road<br>Suite 107<br>Las Vegas, NV 89119 |
| ALSO APPEARING: | JASON VERONA, COO<br>Blitz NV, LLC |

(Proceedings commence at 12:32 p.m.)

THE CLERK:  It's the case of Blitz Nevada, LLC, Case Number 23-13871.  May we have appearances again, please?

MS. AXELROD:  Brett Axelrod from Fox Rothschild, proposed counsel for Blitz Nevada, LLC.

MR. HALL:  Brian Hall from Smith, Gambrell & Russell for Steel Supplements.

MR. DAY:  And, Your Honor, Jared Day appearing for the United States Trustee's office.

MR. VERONA:  Jason Verona appearing on behalf of Blitz.

MS. CICA:  Dawn Cica also on behalf of Steel Supplements.

THE CLERK:  I'm sorry, the person who stated their first name was Jason, I missed the last name.

MR. VERONA:  Sure, Verona, V as in Victor, E-R-O-N-A.

THE CLERK:  Thank you.

THE COURT:  All right.  Thank you for bearing with me.  I wanted to take a few minutes to get my thoughts together.  I am going to give my ruling on the motion.

The case has all the appearances of a two-party dispute.  There's nothing in the record before me to find that there's any hope for this debtor's successful reorganization. Instead, all inferences point to the purpose of the financing is to benefit a friendly creditor -- I'm sorry, a friendly

creditor.  Whether technically an insider or not, there is a relationship with this proposed lender.

The proposed lender's requirement that it be an event of default for this debtor to sell this asset to anyone other than the proposed lender allows the Court to infer such terms are meant only to protect the intangibles and intellectual property to the detriment of the creditors.

The terms of the financing reek of a sub rosa plan as Steel asserts.  And for these reasons and those that were stated by Steel in its papers and in its argument, the Court finds that the debtor has not satisfied its burden, and the Court denies the motion.

All right.  Mr. Hall, I would ask that you prepare that order, and I presume that Ms. Axelrod will like to sign off on that.

MR. HALL:  Yes, Your Honor, I will.  Thank you.

THE COURT:  All right.  Thank you.  We'll go ahead and conclude the 11:30 calendar.  We can go off record.  Thank you.

(Proceedings concluded at 12:35 p.m.)

* * * * *

**C E R T I F I C A T I O N**

I, Dena Farbman, court-approved transcriber, hereby certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

_____

DENA FARBMAN, AAERT NO. 629      DATE: October 24, 2023

ACCESS TRANSCRIPTS, LLC