BRETT A. AXELROD, ESQ., NV Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ., NV Bar No. 16264
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
　　　　nkoffroth@foxrothschild.com
*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>　　BLITZ NV, LLC,<br><br>　　　　　　　　　　Debtor. | Case No. BK-S-23-13871-NMC<br><br>Chapter 7<br><br>**NOTICE OF HEARING ON MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR BLITZ NV, LLC**<br><br>Hearing Date: November 12, 2024<br>Hearing Time: 2:00 p.m. |

**PLEASE TAKE NOTICE** that on the 10th day of October, 2024, counsel for Debtor Blitz NV, LLC ("Debtor"), in the above-captioned case, Fox Rothschild LLP ("Fox"), filed a *Motion To Withdraw As Counsel Of Record For Blitz NV, LLC* (the "Motion").[1]

**NOTICE IS FURTHER GIVEN** that the Motion is available electronically through the Court's CM/ECF system at http://ecf.nvb.uscourts.gov (PACER account required). Copies of the Motion may also be obtained by contacting Fox Rothschild, LLP, Telephone: (702) 262-6899.

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion ***no later than 14 days*** preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)).

The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

163542601.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that a hearing on the Motion will be held before the Honorable Natalie M. Cox, United States Bankruptcy Judge in the Foley Federal Building located at 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101, on **November 12, 2024** at the hour of **2:00 p.m.** Pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. Parties are permitted to appear telephonically by dialing **833.435.1820** and entering meeting ID **161 166 2815** and entering access code or passcode **115788#**.

Dated this 10th day of October, 2024.

**FOX ROTHSCHILD LLP**

By: /s/ Brett A. Axelrod
BRETT A. AXELROD, ESQ. (5859)
NICHOLAS A. KOFFROTH, ESQ. (16264)
JEANETTE E. MCPHERSON, ESQ. (5423)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*

163542601.1