GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
E-mail: tgray@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Ignite International, Ltd.*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>BLITZ NV, LLC,<br><br>          Debtor. | Case No. 23-13871-nmc<br>Chapter 7 |

### NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE
### [F.R.B.P. 9010(b) and 2002]

GREGORY E. GARMAN and TALITHA GRAY KOZLOWSKI of the law firm of GARMAN TURNER GORDON, LLP, attorneys for Ignite International, Ltd. (the "Ignite"), hereby enter their appearance on the record in the above-entitled bankruptcy adversary proceeding pursuant to Bankruptcy Rules 9010(b) and 2002 and hereby request special notice of all hearings, actions, contested matters, and adversary proceedings in this case. All notices and copies in response to the foregoing, and, pursuant to Bankruptcy Rule 2002, all notices required to be mailed to the Ignite pursuant to Bankruptcy Rule 2002, should be directed to:

        Gregory E. Garman, Esq.
        Talitha Gray Kozlowski, Esq.
        Garman Turner Gordon LLP
        7251 Amigo Street, Suite 210
        Las Vegas, Nevada 89119
        Email: ggarman@gtg.legal;

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

Email: tgray@gtg.legal;
Email: bknotices@gtg.legal

Neither this paper nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion, nor any other writing or conduct, shall (i) expressly or impliedly designate the undersigned as agent for service of process on the Ignite, or (ii) constitute a waiver of any of the following rights of the Ignite:

(a)    Right to have any and all final orders in any and all non-core matters entered only after de novo review by United States District Court Judge;

(b)    Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject only to mandatory or discretionary withdrawal; and

(c)    Other rights, claims, actions, defenses, setoffs, recoupments, or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto the Ignite without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in the above-captioned case and ancillary proceedings.

Dated this 22nd day of April, 2025.

GARMAN TURNER GORDON LLP

By: */s/ Talitha Gray Kozlowski*
    GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    *Attorneys for Ignite International, Ltd.*

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

2