BRIAN D. SHAPIRO, TRUSTEE
510 S. 8th Street
Las Vegas, Nevada 89101
Phone: (702) 386-8600
brian@trusteeshapiro.com
*Brian D. Shapiro, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>BLITZ NV, LLC,<br><br>               Debtor. | Case No. 23-13871-nmc<br>Chapter 7<br><br>**DECLARATION OF JOHN SCHAEFER IN SUPPORT OF REPLY TO STEEL SUPPLEMENTS, INC.'S OPPOSITION TO MOTION TO SELL DEBTOR'S ASSETS**<br><br>Hearing Date:  May 20, 2025<br>Hearing Time: 2:00 p.m.<br><br>Telephone:   833-435-1820;<br>Meeting ID: 161 166 2815<br>Code:          115788 |

I, John Schaefer, hereby declare as follows:

1.      I am over the age of 18 and mentally competent.  I have personal knowledge of the facts in this matter and if called upon to testify, could and would do so.  I make this declaration in support of the *Reply to Steel Supplements, Inc.'s Opposition to Motion to Sell Debtor's Assets* filed by the Chapter 7 trustee, Brian Shapiro (the "Trustee").

2.      I am the President of Ignite International, Ltd., a Wyoming corporation ("Ignite").

3.      Dan Bilzerian had no involvement in the sale negotiations between the Trustee and Ignite.

4.      Dan Blizerian is not the majority shareholder of Ignite, nor is he an officer or director of Ignite.

. . .

. . .

Page **1** of **2**

5.      Ignite is not using trademarks owned by the Blitz NV, LLC estate.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this 16th day of May, 2025.

_____
JOHN SCHAEFER