BRIAN D. SHAPIRO, TRUSTEE
510 S. 8th Street
Las Vegas, Nevada 89101
Phone: (702) 386-8600
brian@trusteeshapiro.com
*Brian D. Shapiro, Chapter 7 Trustee*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>BLITZ NV, LLC,<br><br>                    Debtor. | Case No. 23-13871-nmc<br>Chapter 7<br><br>**STATUS REPORT**<br>**RE: MOTION TO SELL**<br><br>Hearing Date: May 23, 2025<br>Hearing Time: 9:30 a.m.<br><br>Telephone: 833-435-1820;<br>Meeting ID: 161 166 2815<br>Code:        115788 |

Brian D. Shapiro, Chapter 7 Trustee (the "Trustee"), respectfully submits this status report in connection with the pending motion to approve the sale of estate assets.

**TRUSTEE'S PRELIMINARY STATEMENT**

As of the time of filing this report, counsel for the interested parties have not reached a mutual agreement. While the Trustee proposed revised terms intended to facilitate a global resolution, those terms were not accepted in full by all parties and/or such parties did not have consent of their respective client.

**PROPOSAL TO MOVE FORWARD**

In an effort to move the sale process forward and maximize value for the Estate, the Trustee—subject to the consent of Ignite which as of the date of filing this proposal has not been provided — is willing to modify the terms of the existing purchase agreement and motion to incorporate the following proposed auction and overbid procedures, which preserve the rights of all parties and is in the best interest of the Estate:

The main obstacles appear to be the $250,000 break-up fee and the amount of the topping bid.  First, as to the break-up fee, Ignite will not be automatically entitled to the $250,000 break-up fee.  Rather, following entry of a final sale order and consummation of the transaction, Ignite reserves the right to seek Court approval of a break-up fee of up to $250,000 and the Trustee supports any request that Ignite be reimbursed for its reasonable attorneys' fees and costs incurred in connection with the sale process and auction.  Steel and any other party reserve all rights to object to any such request for a break-up fee.  Second, the Trustee supports an initial topping bid to be $850,000 which is $250,000 more than the $600,000 opening bid. This structure provides essential protections for the Estate. If Ignite's break-up fee is ultimately approved, the required overbid helps offset that cost. If it is denied, the Estate still realizes an additional $250,000 in value, ensuring that the outcome—regardless of how the Court rules on bid protections—remains favorable to creditors.

The Trustee acknowledges that Steel and/or the Court may question whether the proposed $850,000 topping bid is reasonable. However, the Trustee submits that, in light of the particular circumstances of this case—including the timing and nature of Steel's eleventh-hour cash offer—the proposed sale structure, including the $850,000 overbid threshold, is both fair and equitable, and is carefully designed to maximize value for the Estate and its creditors.

Steel has had over a year to present a formal cash offer and declined to do so until the eve of the sale hearing, after the Trustee had already committed to proceeding with the only offer then available. The Trustee acted appropriately and consistent with his fiduciary duties in pursuing that path. The proposed $850,000 topping bid is not arbitrary; it reflects a meaningful increase over the original offer, provides a financial buffer to the Estate in the event Ignite's request for a break-up fee is approved, and ensures that any competing bid generates actual benefit to the Estate, rather than simply disrupting the transaction.

In conclusion, the Trustee's proposed modifications to the sale procedures, as set forth below, encourages competitive bidding while protecting the integrity of the process and the value of the Estate's assets.

### PROPOSED AUCTION AND OVERBID PROCEDURES:

1. **Auction Format**: Subject to the Court's and counsel's availability, the Trustee requests that the auction be conducted by the Court via Zoom video conference, rather than in person.

2. **Timing Waiver:** All prior concerns related to timing of the closing and entry of the sale order as stated in the purchase agreement are waived. The successful bidder will cooperate in good faith to ensure prompt entry of the order and timely closing.

3. **Overbidder Qualification**: To qualify, Steel (or any other bidder) must deposit $625,000 into its counsel's trust account prior to the auction, which shall serve as a good faith deposit and partial payment of the ultimate purchase price.

4. **Initial Overbid:** The minimum initial overbid shall be $850,000.

5. **Subsequent Overbids**: Any further overbids shall be in minimum increments of $10,000.

6. **363(m) Protections**: The prevailing bidder shall be entitled to the protections of 11 U.S.C. § 363(m).

**Break-Up Fee:**

- Following entry of a final sale order and consummation of the transaction, Ignite reserves the right to seek Court approval of a break-up fee of up to $250,000.

- Notwithstanding that request, the Trustee agrees that Ignite is entitled, at a minimum, to its reasonable attorneys' fees and costs incurred in connection with the sale process and auction.

- Steel and any other party reserve all rights to object to any such request.

**Remaining Terms:**

- Except as set forth above, all other terms of the original purchase agreement remain unchanged.

DATED:5-15-2025

/s/ Brian D. Shapiro
BRIAN D. SHAPIRO, TRUSTEE

**CERTIFICATE OF SERVICE**

On May 22, 2025, this pleading and corresponding declaration were served to all registered users in this case by the Court's CM/ECF Noticing System, including the following:

CANDACE C CARLYON on behalf of Interested Party STEEL SUPPLEMENTS, INC
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;jang@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com

ALLAN B. DIAMOND on behalf of Trustee BRIAN D. SHAPIRO
adiamond@diamondmccarthy.com

TALI FREY on behalf of Interested Party STEEL SUPPLEMENTS, INC
tfrey@carlyoncica.com, crobertson@carlyoncica.com

TALITHA B. GRAY KOZLOWSKI on behalf of Interested Party IGNITE INTERNATIONAL, LTD
tgray@gtg.legal, bknotices@gtg.legal

CHRISTOPHER D. JOHNSON on behalf of Trustee BRIAN D. SHAPIRO
chris.johnson@diamondmccarthy.com, nan.sauter@diamondmccarthy.com

BRIAN D. SHAPIRO
brian@trusteeshapiro.com,
nv22@ecfcbis.com;kristin@trusteeshapiro.com;carolyn@brianshapirolaw.com

BRIAN D. SHAPIRO on behalf of Trustee BRIAN D. SHAPIRO
brian@brianshapirolaw.com,
kshapiro@brianshapirolaw.com;bryce@brianshapirolaw.com;6855036420@filings.docketbird.com

NATASHA SHARMA on behalf of Interested Party STEEL SUPPLEMENTS, INC
nsharma@ocgattorneys.com, crobertson@carlyoncica.com;narceneaux@carlyoncica.com

U.S. TRUSTEE - LV - 7, 7
USTPRegion17.LV.ECF@usdoj.gov

DATED  5-22-2025                    /s/ Brian D. Shapiro
                                   BRIAN D. SHAPIRO, TRUSTEE
                                   510 S. 8th Street
                                   Las Vegas, Nevada 89101
                                   Phone: (702) 386-8600
                                   brian@trusteeshapiro.com