**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
TALI J. FREY, ESQ.
Nevada Bar No. 16537
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Email:  ccarlyon@carlyoncica.com
 dcica@carlyoncica.com

*Co-Counsel for STEEL Supplements, Inc.*

**SMITH, GAMBRELL & RUSSELL, LLP**
JASON P. STEARNS, ESQ
*(Pro Hac Vice)*
SARAH A. GOTTLIEB, ESQ
*(Pro Hac Vice)*
201 North Franklin Street, Suite 3550
Tampa, FL 33602
Phone: 813-488-2920
Telephone 813-488-2920
Email: jstearns@sgrlaw.com
sgottlieb@sgrlaw.com

*Co-Counsel for STEEL Supplements, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Case No. BK-S-23-13871-NMC |
| BLITZ NV, LLC, | Chapter 11 (Subchapter V) |
| Debtor. | **EX PARTE APPLICATION FOR EXAMINATION OF INTERNATIONAL INVESTMENTS LTD PURSUANT TO BANKRUPTCY RULE 2004** |
| | **Hearing Date:** N/A<br>**Hearing Time:** N/A |

STEEL Supplements, Inc., ("STEEL") by and through its undersigned counsel, hereby

applies for an order pursuant to Rule[1] 2004 directing International Investments Ltd., to appear for an examination on a date that is after June 27, 2025. The date and location of the Rule 2004 examination will be provided through the subsequent issuance of a subpoena. Movant further requests that the order provide that the examination may be continued from day to day until concluded.[2]

Rule 2004(a) provides that "[o]n motion of any party in interest, the court may order the examination of any entity." Such an examination may relate to the acts, conduct, or property, to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate. See Fed. R. Bankr. P. 2004(b). LR 2004(C) provides for compelling documents in connection with a 2004 examination "via subpoena as provided by Fed. R. Civ. P. 45 (a)(1)(C) as adopted by Fed. R. Bankr. P. 9016." Here, the requested examination relates to matters that are within the permitted scope of Rule 2004, as such matters related to the acts, conduct, property, liabilities, and financial condition of the Debtor Blitz NV, LLC (the "Debtor").

Local Rule 2004(b) further provides that "[o]rders for examination may be signed by the clerk if the date set for examination is more than fourteen (14) days from the date the motion is filed." Therefore, the Clerk may sign an order for the Rule 2004 examination of International Investments Ltd.

/ / /

/ / /

/ / /

/ / /

---

[1] Unless otherwise indicated, all references to a "Section" or a "Chapter" are to Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"). "Bankruptcy Rule" references are to the Federal Rules of Bankruptcy Procedure Rules 1001-9037. "Local Rule" references are to the Local Rules of Bankruptcy Practice for the United States District Court for the District of Nevada. "Civil Rule" references are to the Federal Rules of Civil Procedure. All references to "ECF No." are to the number assigned to the documents filed in the above-captioned bankruptcy case as they appear on the docket maintained by the clerk of court.

[2] The examination will be recorded via audio and stenographic and means and may also be recorded by a videographer.

2

WHEREFORE, Debtor respectfully requests that the Court or the Clerk of Court enter the Order Granting Ex Parte Application for Examination of International Investments Ltd., yeah pursuant to Bankruptcy Rule 2004 submitted herewith as **Exhibit A.**

Respectfully submitted this 12th day of June, 2025.

**CARLYON CICA CHTD.**

By: /s/  *Tali J. Frey*
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
TALI J. FREY, ESQ.
Nevada Bar No. 16537
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
*Co-Counsel for STEEL Supplements, Inc.*

&

**SMITH, GAMBRELL & RUSSELL, LLP**
JASON P. STEARNS, ESQSARAH A.
GOTTLIEB, ESQ 201 North Franklin Street,
Suite 3550
Tampa, FL 33602
Phone: 813-488-2920
Email: jstearns@sgrlaw.com
sgottlieb@sgrlaw.com

BRIAN P. HALL
MICHAEL F. HOLBEIN
1105 W. Peachtree St. NE, Suite 1000
Atlanta, GA 30309
Phone: 404-815-3500
Email: bhall@sgrlaw.com
mholbein@sgrlaw.com

*Co-Counsel for STEEL Supplements, Inc.*

3

**CERTIFICATE OF SERVICE**

I am an employee of Carlyon Cica Chtd. On the date of filing of the foregoing papers with the Clerk of Court I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE: Pursuant to LR 2002 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed and served on all parties and attorneys who are filing users through the Notice of Electronic Filing automatically generated by the Court.

☐ UNITED STATES MAIL: By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address(es):

☐ OVERNIGHT COURIER: By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally recognized courier, addressed to the parties listed below which was incorporated by reference and made final in the w at their last-known mailing address.

☐ FACSIMILE: By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Cristina Robertson
An employee of Carlyon Cica Chtd.

SGR/6338703.1

4

# EXHIBIT "A"

# EXHIBIT "A"

**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
TALI J. FREY, ESQ.
Nevada Bar No. 16537
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Email:  ccarlyon@carlyoncica.com
 dcica@carlyoncica.com

*Co-Counsel for STEEL Supplements, Inc.*

**SMITH, GAMBRELL & RUSSELL, LLP**
JASON P. STEARNS, ESQ
*(Pro Hac Vice)*
SARAH A. GOTTLIEB, ESQ
*(Pro Hac Vice)*
201 North Franklin Street, Suite 3550
Tampa, FL 33602
Email: jstearns@sgrlaw.com
sgottlieb@sgrlaw.com

*Co-Counsel for STEEL Supplements, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re | Case No. BK-S-23-13871-NMC |
|---|---|
| | Chapter 11 (Subchapter V) |
| BLITZ NV, LLC, | |
| | **ORDER GRANTING EX PARTE APPLICATION FOR EXAMINATION OF INTERNATIONAL INVESTMENTS LTD PURSUANT TO BANKRUPTCY RULE 2004** |
| Debtor. | |
| | **Hearing Date:** N/A |
| | **Hearing Time:** N/A |

*(left margin, rotated)* **CARLYON CICA CHTD.** 265 E. Warm Springs Road, Suite 107 Las Vegas, NV 89119

Upon the Ex Parte Application for Examination of International Investments Ltd., Pursuant to Bankruptcy Rule 2004 (the "Application") filed by STEEL Supplements Inc., ("Movant"); and for good cause appearing:

**IT IS HEREBY ORDERED** that International Investments, Ltd. shall appear for a Rule 2004 examination on a date after June 27, 2025, pursuant to Fed. R. Bankr. P. 2004, regarding matters that are within the permitted scope of Rule 2004, including without limitation, the assets, conduct, property, liabilities, and financial condition of Blitz NV LLC ("Debtor"). Movant shall issue a separate subpoena pursuant to Fed. R. Bankr. P. 9016 for the production of documents.

**IT IS FURTHER ORDERED** that the examination may be continued from day to day until concluded.

**IT IS FURTHER ORDERED** that the examination may be recorded by a certified court reporter by audio and stenographic means and may also be videographically recorded.

**IT IS SO ORDERED.**

Respectfully submitted by:

**CARLYON CICA CHTD.**

By: /s/ *Tali J. Frey*
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
TALI J. FREY, ESQ.
Nevada Bar No. 16537
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
*Co-Counsel for STEEL Supplements, Inc.*

2