**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: 702-685-4444
Email:  ccarlyon@carlyoncica.com
dcica@carlyoncica.com

**SMITH, GAMBRELL & RUSSELL, LLP**
JASON P. STEARNS, ESQ. *(Pro Hac Vice)*
SARAH A. GOTTLIEB, ESQ. *(Pro Hac Vice)*
201 North Franklin Street, Suite 3550
Tampa, FL 33602
Phone: 813-488-2920
Telephone 813-488-2920
Email: jstearns@sgrlaw.com
sgottlieb@sgrlaw.com

BRIAN P. HALL, ESQ. *(Pro Hac Vice)*
MICHAEL F. HOLBEIN, ESQ. *(Pro Hac Vice)*
1105 W. Peachtree St. NE, Suite 1000
Atlanta, GA 30309
Phone: 404-815-3500
Email: bhall@sgrlaw.com
mholbein@sgrlaw.com

*Co-Counsel for STEEL Supplements, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Case No. BK-S-23-13871-NMC |
| BLITZ NV, LLC, | Chapter 11 (Subchapter V) |
| Debtor. | **DECLARATION OF JASON P. STEARNS IN SUPPORT OF STEEL SUPPLEMENTS, INC.'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA BY IGNITE INTERNATIONAL, LTD. AND REQUEST FOR FEES AND COSTS** |
| | **Hearing Date: OST REQUESTED**<br>**Hearing Time: OST REQUESTED** |

SGR/80676597.1

Jason P. Stearns, pursuant to 28 U.S.C. § 1746, hereby declares:

1. I am counsel of record for STEEL Supplements, Inc. ("STEEL"). I am fully familiar with the facts and pleadings herein.

2. I submit this declaration based on personal knowledge in support of STEEL's Motion to Compel Compliance with Subpoena by International Investments, Ltd. and Request for Fees and Costs and STEEL's Motion to Compel Compliance with Subpoena by Ignite International Ltd. and Request for Fees and Costs (the "Motion").

3. Exhibit 1 to the Motion is a true and correct copy of the transcript of the videotaped Rule 2004 Examination of Dan Bilzerian.

4. Exhibit 2 to the Motion is a true and correct copy of the Indictment against Paul Bilzerian, Scott Rohleder, and Ignite International Brands, Ltd.

5. Exhibits 3 and 4 to the Motion are true and correct copies of the documents that were produced by International Investments, Ltd. in connection with this case.

6. Exhibits 5 and 6 are true and correct copies of the September 26, 2023 Assignment of Trademark and the July 1, 2022 Assignment and License, respectively, which are public record.

7. Exhibit 7 to the Motion is a true and correct copy of the Annual or Amended List and State Business License Application filed with the Nevada Secretary of State and is public record.

8. Exhibit 8 to the Motion is a true and accurate copy of the registration is attached to the Motion as Exhibit 8 and is a public record.

9. Exhibit 9 to this Motion is a true and correct copy of the Notice of Issuance of Subpoena For Document Production of Ignite International, Ltd. filed in this case.

10. Exhibit 10 to the Motion is a true and correct copy of Ignite International Ltd.'s Responses and Objections to Steel Supplements, Inc's Subpoena for Document Production and 2004 Examination.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ _Jason P. Stearns__

Executed on July 28, 2025.