GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail:  ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
E-mail:  tgray@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Ignite International, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| In re:<br><br>BLITZ NV, LLC,<br><br>Debtor. | Case No. 23-13871-NMC<br>Chapter 7 |
| --- | --- |

**IGNITE INTERNATIONAL, LTD.'S LIMITED OPPOSITION AND MOTION TO CONTINUE BRIEFING SCHEDULE AND HEARING ON STEEL SUPPLEMENTS, INC.'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS BY IGNITE INTERNATIONAL, LTD. AND REQUEST FOR FEES AND COSTS**

Ignite International, Ltd. ("Ignite"), by and through its counsel, the law firm of Garman Turner Gordon LLP ("GTG"), hereby files its limited opposition to STEEL Supplements, Inc.'s ("STEEL") *Motion to Compel Compliance with Subpoenas by Ignite International Ltd. and Request for Fees and Costs* [ECF No. 281] ("Motion") and moves to extend the briefing schedule and hearing on the Motion.

This Limited Opposition and Motion to Extend is made and based upon the following Memorandum of Point and Authorities, the pleadings and papers on file herein, the declarations and exhibits hereto, and any argument the Court permits at a hearing on this matter.

. . .

. . .

. . .

. . .

Garman Turner Gordon LLP
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

1

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.  INTRODUCTION

There are substantive and procedural flaws in both STEEL's Subpoena for Rule 2004 Examination ("Subpoena") and in its Motion. Consequently, Ignite intends to oppose the Motion. However, as set forth in GTG's *Motion to Withdraw as Counsel* ("Withdrawal Motion"), GTG must withdraw pursuant to Nevada Rule of Professional Conduct 1.16. Ignite requests and hereby moves for an extension to the briefing schedule and hearing on the Motion to Compel. A continuance is necessary and appropriate to allow Ignite to retain new counsel, for GTG to assist with the transition of the file, and for new counsel to prepare and file a substantive opposition to the Motion to Compel.

## II.  BACKGROUND

1.      GTG appeared as counsel for Ignite on April 22, 2025. [ECF No. 222].

2.      There exist irreconcilable differences between Ignite and GTG and a breakdown in the attorney-client relationship that require GTG to withdraw as contemplated by Nevada Rule of Professional Conduct 1.16(b), necessitating the instant Motion.

3.      Although GTG cannot provide further explanation without invading the attorney-client privilege, cause exits under Rule 1.16(b) that prevents GTG from further representing Ignite in this matter.

4.      GTG has advised Ignite in writing that withdrawal is necessary as GTG is unable to proceed under rule 1.16(b).

## III.  LEGAL AUTHORITY

There has been no cogent showing of an emergency that requires the Motion to Compel to be heard on August 7, 2025. Federal Rule of Bankruptcy Procedure 1001 instructs both the parties and the Court to "construe[ ], administer[ ], and employ[ ]" the Rules so as "to secure the just, speedy, and inexpensive determination of every case and proceeding." In addition to the Rules themselves, the Ninth Circuit has explained the overriding public policy that "[c]ases should be decided upon their merits whenever reasonably possible." *Eitel v. McCool*, 782 F.2d 1470, 1472 (9th Cir. 1986). *See also, e.g., In re Gordon*, No. ADV 12-1239-LBR, 2013 WL 1187561, at *2

Garman Turner Gordon LLP
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

2

(Bankr. D. Nev. Mar. 21, 2013) (acknowledging the "strong policy favoring decisions on the merits").

The Motion to Compel should be heard and decided on its merits. To ensure that it is, the Court should continue the current briefing deadlines and hearing date to provide Ignite an opportunity to retain new counsel and for that new counsel to prepare and file Ignite's substantive opposition to the Motion to Compel.

## IV.  CONCLUSION

For the foregoing reasons, the Court should continue the briefing deadlines and hearing on STEEL's Motion to Compel.

DATED this 2nd day of August, 2025.

GARMAN TURNER GORDON LLP

/s/ __Talitha Gray Kozlowski_____
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
*Attorneys for Ignite International, Ltd.*