**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
TALI J. FREY, ESQ.
Nevada Bar No. 16537
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: 702-685-4444
Email: ccarlyon@carlyoncica.com
           dcica@carlyoncica.com
           tfrey@carlyoncica.com

*Co-Counsel for STEEL Supplements, Inc.*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re

BLITZ NV, LLC,

                    Debtor.

Case No. 23-13871-NMC
Chapter 7

**NOTICE OF ENTRY OF ORDER GRANTING STEEL SUPPLEMENTS, INC'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS BY IGNITE INTERNATIONAL, LTD. AND REQUEST FOR FEES AND COSTS [ECF NO. 281]**

Hearing Date: August 21, 2025
Hearing Time: 9:30 a.m.

PLEASE TAKE NOTICE that an *Order Granting Steel Supplements, Inc's Motion to Compel Compliance with Subpoenas By Ignite International Ltd and Request for Fees and Costs [ECF No. 281]* [ECF No. 338] was entered in the Bankruptcy Court on August 25, 2025, a true and correct copy of which is attached hereto as Exhibit A.

DATED this 25th day of August 2025.

                                        **CARLYON CICA CHTD.**

                                        By: /s/ *Tali J. Frey, Esq.*
                                        TALI J. FREY, ESQ.
                                        Nevada Bar No. 16537
                                        *Co-Counsel for STEEL Supplements, Inc.*

*Left margin:* **CARLYON CICA CHTD.** 265 E. Warm Springs Road, Suite 107 Las Vegas, NV 89119

**CERTIFICATE OF SERVICE**

I am an employee of Carlyon Cica Chtd.  On the date of filing of the foregoing papers with the Clerk of Court I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE:  Pursuant to LR 2002 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed and served on all parties and attorneys who are filing users through the Notice of Electronic Filing automatically generated by the Court.

☐ UNITED STATES MAIL:  By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address(es):

☐ OVERNIGHT COURIER:  By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally recognized courier, addressed to the parties listed below which was incorporated by reference and made final in the w at their last-known mailing address.

☐ FACSIMILE:  By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Cristina Robertson*
An employee of Carlyon Cica Chtd.

CARLYON CICA CHTD.
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

# EXHIBIT "A"

# EXHIBIT "A"



_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
August 25, 2025

**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: 702-685-4444
Email:  ccarlyon@carlyoncica.com
           dcica@carlyoncica.com
*Co-Counsel for STEEL Supplements, Inc*

**SMITH, GAMBRELL & RUSSELL, LLP**
JASON P. STEARNS, ESQ (Pro Hac Vice)
SARAH A. GOTTLIEB, ESQ (Pro Hac Vice )
201 North Franklin Street, Suite 3550
Tampa, FL 33602
Phone: 813-488-2920
Email: jstearns@sgrlaw.com
sgottlieb@sgrlaw.com
BRIAN P. HALL (Pro Hac Vice)
MICHAEL F. HOLBEIN (Pro Hac Vice)
1105 W. Peachtree St. NE, Suite 1000
Atlanta, GA 30309
Email: bhall@sgrlaw.com
mholbein@sgrlaw.com
*Co-Counsel for STEEL Supplements, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re

   BLITZ NV, LLC,

          Debtor.

Case No. 23-13871-NMC
Chapter 7

**ORDER GRANTING STEEL SUPPLEMENTS, INC'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS BY IGNITE INTERNATINAL, LTD. AND REQUEST FOR FEES AND COSTS [ECF No. 281]**

Hearing Date: August 21, 2025
Hearing Time: 9:30 a.m.

This matter came before the Court pursuant to the *Motion to Compel Compliance With Subpoenas by Ignite International, Ltd. and Request for Fees and Costs* [ECF No. 281] (the "Motion to Compel-Ignite") filed by Steel Supplements Inc. ("STEEL").  Jason P. Stearns, Esq., and Michael F. Holbein, Esq., of the law firm of Smith, Gambrell & Russell, LLP and Candace C. Carlyon, Esq.

**CARLYON CICA CHTD.**
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

of the law firm of Carlyon Cica, Chtd., appeared on behalf of STEEL; Ryan J. Works, Esq. of the law firm of  McDonald Carano appeared on behalf of the Ignite International, Ltd. ("Ignite"); and International Investments, Ltd. ("II"), and Christopher Johnston of the law firm Diamond McCarthy appeared on behalf of the Chapter 7 Trustee, Brian Shapiro (the "Trustee"), who was also present.

At the hearing on August 7, 2025, the Court considered the arguments and statements of counsel for STEEL and Ignite, as well as comments by other interested parties, and took the Motions under submission, directing the parties to further meet and confer with respect to the requested discovery.  As a result, the Parties were able to limit the requests for production as set forth on Exhibit 1, attached hereto.  Upon consideration of the Motion, the related pleadings, and the representations and oral argument of counsel, and for good cause appearing:

**IT IS HEREBY ORDERED** that the Motion to Compel-Ignite is hereby **GRANTED** as set forth herein**.**

**IT IS FURTHER HEREBY ORDERED** that Ignite shall produce documents no later than 5:00 p.m. on Friday, August 22, 2025, in accordance with Exhibit 1 hereto.

**IT IS FURTHER ORDERED** that Ignite shall produce its corporate representative for examination no later than August 27, 2025, which examination shall be held via remote video conference in which Trustee's counsel may participate.

**IT IS FURTHER HEREBY ORDERED** that the Court is reserving ruling on STEEL's request for attorneys' fees and costs.

Respectfully submitted by:
**CARLYON CICA CHTD.**

/s/ *Candace C. Carlyon*
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
*Co-Counsel for STEEL Supplements, Inc*

Approved:
**MCDONALD CARANO LLP**

 /s/ *Ryan  J. Works*
RYAN J. WORKS, ESQ.
Nevada Bar No. 9224
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
*Attorneys for Ignite International, Ltd.,*
*Rohleder Inc. and International Investments,*
*Ltd.*
Approved:
**DIAMOND MCCARTHY LLP**

/s/ *Christopher D. Johnson*
CHRISTOPHER D. JOHNSON, ESQ.
Texas Bar No. 24012913
909 Fannin Street, Suite 3700

Houston, TX 77010
*Attorney for Chapter 7 Trustee, Brian Shapiro*

## LR 9021 CERTIFICATION

In accordance with LR 9021, an attorney submitting this document certifies as follows (check one):

____ The court has waived the requirement set forth in LR 9021(b)(1).

____No party appeared at the hearing or filed an objection to the motion.

x_ Except as otherwise instructed at the Hearing, I have delivered a copy of this proposed order to all attorneys who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

____ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###

# EXHIBIT "1"

# EXHIBIT "1"

Ignite

| Request No. | Original Request | Request Following Meet and Confer | 8.15 |
|---|---|---|---|
| 1 | Produce all Documents reflecting ownership interests in Ignite International, Ltd. from November 22, 2022, through May 30, 2025, including, without limitation, Operating Agreements, membership lists, records of purchases, issuance, sale, transfer, or termination of any ownership interests in Claimant. | Documents showing membership in Ignite International, Ltd. | Ignite will produce documents as limited. |
| 2 | Produce all Documents reflecting the identity of Your officers, directors, managing members, managers, or persons in control of You during the period November 22, 2022 through May 30, 2025. | Documents and communications regarding Ignite International's identity and transfers involving the Debtor. | Ignite will produce documents as limited. Highlighted is covered by other requests. |

CARLYON CICA CHTD.
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

SGR/80675445.1

| 3 | Produce all Communications between You and Daniel Bilzerian between October 1, 2014, and May 30, 2025. | No change. | 1. STEEL agreed to limit to Sept. 2019 to present. <br> 2. Ignite agreed to produce, if any documents in that timeframe exist |
|---|---|---|---|
| 4 | Produce all Communications between You and Paul Bilzerian between October 1, 2014, and May 30, 2025. | No change. | 1. STEEL agreed to limit to Sept. 2019 to present. <br> 2. Ignite agreed to produce, if any documents in that timeframe exist. |
| 5 | Produce all Communications between You and the Trustee. | No change.[1] | Stated that all documents have been produced. |
| 6 | Produce all Communications between You and the Debtor. | No change. | 1. STEEL agreed to limit to Sept. 2019 to present. <br> 2. Ignite agreed to produce, if any documents in that timeframe exist. |
| 7 | Produce all Communications between You and Ignite International Brands, Ltd. between October 1, 2014, and May 30, 2025. | Communications between You and Ignite International Brands, Ltd. relating to the assignment, sale, and/or use of intellectual property. | None. |
| 8 | Produce all Communications | Communications between You and | |

---

[1] Ignite International produced communications between it and the Trustee; however, it is unclear whether it produced all such communications.

SGR/80675445.1

2

| | | | |
|---|---|---|---|
| | between You and International Investments, Ltd. between October 1, 2014, and May 30, 2025. | International Investments, Ltd. regarding any transfers or assignments regarding the Debtor's assets. | 1. STEEL agreed to limit to Sept. 2019 to present.<br>2. Ignite agreed to produce, if any documents in that timeframe exist. |
| 9 | Produce all Communications between You and John Schaefer between October 1, 2014, and May 30, 2025. | Communications between You and John Schaefer relating to the Debtor or to the assignment, sale, and/or use of intellectual property. | Ignite will produce documents responsive to the request, as limited. |
| 10 | Produce all Communications between You and Jason Verona between October 1, 2014, and May 30, 2025. | No change. | 1. STEEL agreed to limit to Sept. 2019 to present.<br>2. Ignite agreed to produce, if any documents in that timeframe exist. |
| 11 | Produce all Communications between You and Paul Dowdall between October 1, 2014, and May 30, 2025. | Communications between You and Paul Dowdall relating to the Debtor or to the assignment, sale, and/or use of intellectual property. | Ignite agreed to respond, if documents exist. |
| 12 | Produce all Communications between You and Scott Rohleder between October 1, 2014, and May 30, 2025. | Communications between You and Scott Rohleder relating to the Debtor or to the assignment, sale, and/or use of intellectual property. | Ignite agreed to respond, if documents exist. |

| No. | Request | Narrowed Scope | Response |
|---|---|---|---|
| 13 | Produce all Communications between You and Fox Rothschild, LLP between November 22, 2022, and May 30, 2025. | No change. | Agreed to respond, but states none. |
| 14 | Produce all Communications between You and Jakub Medrala between November 22, 2022, and May 30, 2025. | Communications between You and Jakub Medrala relating to the Debtor or to the assignment, sale, and/or use of intellectual property. | Agreed to respond, but states none. |
| 15 | Produce all Communications between You and Goat Works, LLC between October 1, 2014, and May 30, 2025. | Communications between You and Goat Works, LLC relating to the Debtor or to the assignment, sale, and/or use of intellectual property. | Ignite agrees to respond, if documents exist. |
| 16 | Produce all Documents evidencing each and every Transaction between You and Daniel Bilzerian between October 1, 2014 and May 30, 2025. | All Documents evidencing transfers, assignments, or any other transactions relating to the ownership and control of Ignite International or the Debtor. | Ignite agrees to respond, if documents exist. |
| 17-19, 21-23 | 17. Produce all Documents evidencing each and every Transaction | All Documents evidencing transactions between You and Paul Bilzerian, | Ignite agrees to respond, if documents exist. |

SGR/80675445.1

| | between You and Paul Bilzerian between October 1, 2014 and May 30, 2025. 18. Produce all Documents evidencing each and every Transaction between You and International Investments, Ltd. between October 1, 2014 and May 30, 2025. 19. Produce all Documents evidencing each and every Transaction between You and Ignite International Brands, Ltd. between October 1, 2014 and May 30, 2025. 21. Produce all Documents evidencing each and every Transaction between You and P[a]ul Dowdall between October 1, 2014, and May 30, 2025. 22. Produce all Documents evidencing each | International Investments, Ltd., Ignite International Brands, Ltd., Paul Dowdall, Scott Rohleder, and/or Goat Works, LLC involving Dan Bilzerian, the Debtor, Jason Verona, or any other transactions relating to the ownership and control of Ignite International or the Debtor. | |
|---|---|---|

SGR/80675445.1

| | | | |
|---|---|---|---|
| | and every Transaction between You and Scott Rohleder between October 1, 2014, and May 30, 2025.<br><br>23. Produce all Documents evidencing each and every Transaction between You and Goat Works, LLC between October 1, 2014, and May 30, 2025. | | |
| 20 | Produce all Documents evidencing each and every Transaction between You and Jason Verona between October 1, 2014, and May 30, 2025. | No change. | 1. STEEL agreed to limit to Sept. 2019 to present.<br>2. Ignite agreed to produce, if any documents in that timeframe exist. |
| 24 | Produce all Documents evidencing each and every Transaction between You and the Debtor. | No change. | 1. STEEL agreed to limit to Sept. 2019 to present.<br>2. Ignite agreed to produce, if any documents in that timeframe exist. |

6

SGR/80675445.1

| 25 | Produce Your monthly balance sheets for the periods October 1, 2014, through May 30, 2025. | Produce Your monthly balance sheets for the periods September 6, 2019 through present. | 1. Ignite will produce audited financial statements from 2019-2023. <br> 2. 2024 and 2025 will be unaudited. |
|---|---|---|---|
| 26 | Produce Your income statements for the periods October 1, 2024, through May 30, 2025. | Produce Your income statements for the periods September 6, 2019 through present. | 1. Ignite will produce audited financial statements from 2019-2023. <br> 2. 2024 and 2025 will be unaudited. <br> Same as 25 |
| 27 | Produce Your tax returns for the years 2014-2024. | Produce Your tax returns for the years 2019-2024. | STEEL agreed to withdraw. |
| 28 | Produce all Documents reflecting your use of any assets listed in the Debtor's schedules on file in the Bankruptcy Case. | Produce all Documents reflecting your use of any assets listed in the Debtor's schedules on file in the Bankruptcy Case between 2019 through present. | 1. Ryan will get back to us. |
| 29 | All communications between 2014-2015 referencing or referring to the Debtor. | No change. | 1. STEEL agreed to limit to Sept. 2019 to present. <br> 2. Ignite will get back to us. |
| 30 | All communications between 2014-2015 referencing or referring to STEEL. | No change. | 1. STEEL agreed to limit to Sept. 2019 to present. <br> 2. Ignite will get back to us. |

SGR/80675445.1