Allan B. Diamond, Esq. (*pro hac vice*)
Christopher D. Johnson, Esq. (*pro hac vice*)
909 Fannin, Suite 3700
Houston, Texas 77010
Phone: (713) 333-5100
adiamond@diamondmccarthy.com
chris.johnson@diamondmccarthy.com

*Attorneys for Brian D. Shapiro,*
*Chapter 7 Trustee*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>BLITZ NV, LLC,<br><br>Debtor. | Case No. 23-13871-nmc<br>Chapter 7 |

## NOTICE OF CLOSING OF SALE

### PLEASE TAKE NOTICE OF THE FOLLOWING:

On September 3, 2025, the Court entered its *Order Approving Motion to Sell Debtor's Assets Outside of the Ordinary Course of Business Free and Clear of All Liens, Claims, Encumbrances, and Interests, and Granting Bid Protections* (the "**Sale Order**") [ECF No. 347], confirming the sale of the Debtor's assets to Ignite International, Ltd. ("Ignite") for the purchase price of $890,000.

On September 3, 2025, all conditions to Closing in accordance with the Sale Order and the Purchase and Sale Agreement were satisfied and the sale of the Debtor's assets to Ignite was completed.

Dated:  September 3, 2025.

**Diamond McCarthy, LLP**

*/s/ Christopher D. Johnson*
Allan B. Diamond, Esq. (*pro hac vice*)
Christopher D. Johnson, Esq. (*pro hac vice*)
909 Fannin, Suite 3700
Houston, Texas 77010

*Counsel for Brian Shapiro, Chapter 7 Trustee*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing was served by the Court's CM/ECF system on September 3, 2025, to all parties registered to receive electronic notice.


*/s/ Christopher D. Johnson*