**BRIAN D. SHAPIRO**
Trustee in Bankruptcy
510 S. 8th Street
Las Vegas, NV   89101
(702) 386-8600 Fax (702) 383-0994
trustee@trusteeshapiro.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re

BLITZ NV, LLC,

                    Debtor(s)

Case No.: BK-S 23-13871-NMC
Chapter 7

**TRUSTEE'S REPORT OF SALE**

        BRIAN D. SHAPIRO, Trustee of the above referenced bankruptcy estate, reports the sale

of all of Debtor's right, title, interest and benefit in all of the Debtor's assets as follows:

- all tangible personal property, including without limitation all office furniture, equipment, deposits, prepaid expenses, and refunds;
- all rights in and to the trademarks, trade names, service marks, copyrights, domain names, royalties, goodwill, computer software, jingles, slogans, logos, Facebook, Instagram, TikTok and other social media accounts, and all general intangibles and all records related thereto, including without limitation the trademark for "Dan Bilzerian," internet domains www.blitznv.com and www.danblizerian.com, and royalties from the song by T-Pain titled "Dan Bilzerian";
- all and every manner of claims, counterclaims, acts and actions, demands, cause and causes of action, at law, in equity or otherwise, whether known or unknown, suspected or unsuspected, fixed or contingent, liquidated or unliquidated, including without limitation: (i) all fraudulent transfer and other claims against Dan Bilzerian, Bilzerian Entertainment, LLC, a California corporation; Goat Airways, LLC, a California corporation; and Uninclusive Agency, LLC; (ii) all claims against Dan Bilzerian and any entity owned, managed, or controlled by Dan Bilzerian or any of his Affiliates or Insiders; and (iii) all claims against any entity owned, managed, or controlled by Buyer or any of its Affiliates or Insiders; (iv) all bankruptcy avoidance claims; (v) all alter ego claims; and
- all rights in and to all the files, documents, records, and books of account (or copies thereof) relating to the Property.

to Ignite International Ltd. for the purchase price of $890,000.00. This sale excluded the Debtor's right, title, interest and benefit in and to the sum of $26,340.03 held by the Trustee.

The Trustee received a total of $890,000.00 from the sale.  The sale was held pursuant to an Order of this Court entered on September 3, 2025 [ECF #347].

Dated: September 9, 2025

/s/ Brian D. Shapiro
BRIAN D. SHAPIRO, TRUSTEE