**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
TALI J. FREY, ESQ.
Nevada Bar No. 16537
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Phone: (702) 685-4444
Email:  ccarlyon@carlyoncica.com
dcica@carlyoncica.com
tfrey@carlyoncica.com

**SMITH, GAMBRELL & RUSSELL, LLP**
JASON P. STEARNS, ESQ.
*(Pro Hac Vice)*
SARAH A. GOTTLIEB, ESQ.
*(Pro Hac Vice)*
201 North Franklin Street, Suite 3550
Tampa, FL 33602
Phone: 813-488-2920
Telephone 813-488-2920
Email: jstearns@sgrlaw.com
sgottlieb@sgrlaw.com

BRIAN P. HALL, ESQ.
MICHAEL F. HOLBEIN, ESQ.
1105 W. Peachtree St. NE, Suite 1000
Atlanta, GA 30309
Phone: 404-815-3500
Email: bhall@sgrlaw.com
mholbein@sgrlaw.com

*Co-Counsel for STEEL Supplements, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re | Case No. BK-S-23-13871-NMC |
|---|---|
| BLITZ NV, LLC, | Chapter 7 |
| Debtor. | **STEEL SUPPLEMENTS, INC.'S MOTION TO ALLOW BREAK-UP FEE AS ADMINISTRATIVE EXPENSE** |
| | **Hearing Date:** November 13, 2025 **Hearing Time:** 2:00 p.m. |

CARLYON CICA CHTD.
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

SGR/81132948.1

STEEL Supplements, Inc. ("STEEL"), by and through its undersigned counsel, hereby files this *Motion to Allow Break-up Fee as Administrative Expense* (the "Motion").

This Motion is made and based upon the Points and Authorities filed herewith, the pleadings, papers, and records on file which are referenced by docket number on the Court's electronic filing system ("ECF #")[1], and any evidence and oral argument which the Court may consider at the time of the hearing of the Motion.

Respectfully submitted this 6th day of October 2025.

**SMITH, GAMBRELL & RUSSELL, LLP**

/s/ *Michael F. Holbein*
BRIAN P. HALL, ESQ.
MICHAEL F. HOLBEIN, ESQ.
1105 W. Peachtree St. NE, Suite 1000
Atlanta, GA 30309
Phone: 404-815-3500
Email: bhall@sgrlaw.com
mholbein@sgrlaw.com

&

**CARLYON CICA CHTD**
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
TALI J. FREY, ESQ.
Nevada Bar No. 16537
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Email: ccarlyon@carlyoncica.com
dcica@carlyoncica.com
tfrey@carlyoncica.com

*Co-Counsel for STEEL Supplements, Inc.*

---

[1] Pursuant to FRE 201, STEEL requests the Court take judicial notice of the pleadings on its docket related to the Fox Employment Motion, the Trustee Motion, and the related discovery motions.

2

# I.

## POINTS AND AUTHORITIES

1.  Blitz NV, LLC, ("Debtor") filed a bankruptcy petition under Chapter 11 on September 6, 2023. The case converted to Chapter 7 on December 19, 2023, and the then-acting Subchapter V Trustee, Brian Shapiro, was appointed interim Chapter 7 trustee (the "Trustee"). Mr. Shapiro became the permanent trustee at the conclusion of the meeting of creditors on January 29, 2024.

2.  On June 18, 2025, the Trustee filed the *Motion to Sell Debtor's Assets Outside of the Ordinary Course of Business Free and Clear of all Liens, Claims, Encumbrances, and Interests and Granting Bid Protections* [Doc. 244] (the "Sale Motion") in which STEEL was identified as a stalking horse purchaser for substantially all of the Debtor's assets for a sale price of $625,000 under a proposed Purchase and Sale Agreement which provided that in the event that STEEL was not the successful purchaser of the Debtor's assets, STEEL could seek a break-up fee in an amount determined to be fair and reasonable by the Court.

3.  On June 30, 2025, the Court entered the *Order Approving and Authorizing (A) Bidding Procedures in Connection with the Purchase of the Assets of the Debtor, (B) Form and Manner of Notice of the Sale Hearing and (C) Related Relief* [Doc. 260]  granting the Sale Motion and approving STEEL as the stalking-horse purchaser and setting a break-up fee in an amount equal to 4% of STEEL's opening bid of $625,000.

4.  After a robust auction, the Debtor's assets were sold at auction to Ignite International Ltd. for a sale price of $890,000, a significant improvement over STEEL's initial bid. *See Notice of Closing of Sale* [Doc. 348].

5.  The history leading up to the auction is long, winding, and already well-documented. Suffice it to say that STEEL's involvement and participation provided an actual and necessary benefit to the estate resulting in a net $265,000 improvement to the purchase price. Accordingly, STEEL seeks a break-up fee of $25,000, representing 4% of its initial bid to be allowed as an administrative expense of the estate under section 503(b)(1) of the Bankruptcy Code and afforded priority as established by section 507(a)(2).

WHEREFORE, STEEL respectfully requests that the Motion be Granted, and for such other and further relief as the Court may deem just and proper.

Respectfully submitted this 6th day of October 2025.

**SMITH, GAMBRELL & RUSSELL, LLP**

/s/ *Michael F. Holbein*
BRIAN P. HALL, ESQ.
MICHAEL F. HOLBEIN, ESQ.
1105 W. Peachtree St. NE, Suite 1000
Atlanta, GA 30309
Phone: 404-815-3500
Email: bhall@sgrlaw.com
mholbein@sgrlaw.com

 &

**CARLYON CICA CHTD**
CANDACE C. CARLYON, ESQ.
Nevada Bar No.2666
DAWN M. CICA, ESQ.
Nevada Bar No. 4565
TALI J. FREY, ESQ.
Nevada Bar No. 16537
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Email: ccarlyon@carlyoncica.com
dcica@carlyoncica.com
tfrey@carlyoncica.com

*Co-Counsel for STEEL Supplements, Inc.*

4

**CERTIFICATE OF SERVICE**

I am an employee of Carlyon Cica Chtd.  On the date of filing of the foregoing papers with the Clerk of Court I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE:  Pursuant to LR 2002 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed and served on all parties and attorneys who are filing users through the Notice of Electronic Filing automatically generated by the Court.

☐ UNITED STATES MAIL:  By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address(es):

☐ OVERNIGHT COURIER:  By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally recognized courier, addressed to the parties listed below which was incorporated by reference and made final in the w at their last-known mailing address.

☐ FACSIMILE:  By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

I declare under penalty of perjury that the foregoing is true and correct.

/s/_Nancy Arceneaux
An employee of Carlyon Cica Chtd.