

_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
May 13, 2026

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

In re:

BLITZ NV, LLC,

        Debtor.

)
)
)
)
)
)
)
)
)

Case No.: 23-13871-NMC

Chapter 7

**Date:**    **September 23, 2026**

**Time:**    **9:30 a.m.**

**ORDER SETTING EVIDENTIARY HEARING
ON OBJECTION TO CLAIM 2**

A status conference was held on March 10, 2026, in the above-referenced adversary proceeding.  Appearances were made by  BRIAN SHAPIRO, Chapter 7 Trustee; CHRISTOPHER D. JOHNSON on behalf of the Chapter 7 Trustee; RYAN WORKS on behalf of INTERNATIONAL INVESTMENTS LTD.; CANDACE CARLYON and MICHAEL HOLBEIN on behalf of STEEL SUPPLEMENTS, INC. Good cause appearing,

**IT IS HEREBY ORDERED** than an evidentiary hearing will be held on **September 23, 2026**, **at 9:30 a.m**. on Chapter 7 Trustees objection to International Investments Ltd. proof of claim 2-1.

**IT IS FURTHER ORDERED** that the use of Alternate Direct Testimony under Local Rule 9017 will be followed in this case.  The Local Rules can be reviewed on this court's website at www.nvb.uscourts.gov/rules-forms/rules/local-rules/9017/.  Plaintiff's Alternate Direct Testimony declarations and exhibits must be submitted to opposing counsel no later than

**September 3, 2026.**  Defendant's Alternate Direct Testimony declarations and exhibits must be submitted to opposing counsel no later than **September 14, 2026.**  No later than **September 16, 2026** both parties shall comply with Local Rule 9017(d)(3) for the submission of documents to the courtroom deputy.  Any additional legal memoranda submitted by the parties must be served and filed no later than **September 16, 2026.**  All other applicable provisions of Local Rule 9017(c), (d) and (e) shall apply.

TRIAL STATEMENTS: Each party <u>shall</u> file a trial statement (<u>or</u> counsel may meet and file a joint trial statement).  Trial statements shall contain the information as shown on, and in the form of, <u>Part "A"</u> attached hereto.  Trial statements shall be filed on or before fourteen days before the evidentiary hearing **(September 3, 2026).**

Any objections made pursuant to Fed. R. Bank P. 7026(a)(3) shall be made **no later than seven days** after the opposing party files its Trial Statement.

**EXHIBITS/WITNESS LISTS: Each party shall contact and make arrangements** with the Courtroom Deputy, **no later than September 16, 2026,** for the purpose of coordinating trial exhibits. To that end, each party shall have lodged the following:

1.  **Submit two bound and tabbed hard copies of the following to the CRD**:

    - All trial exhibits (marked with exhibit stickers in the lower right corner where feasible),

    - A complete witness list with the correct spelling of each witness's full name,

    - Any declarations intended for use at the evidentiary hearing,

    - A completed exhibit log. Log forms may be obtained from the Courtroom Deputy or may be found on the Court's website at https://www.nvb.uscourts.gov/rules-forms/forms/local-forms/#adversary form #NVB_9017.

2.  **Email a PDF copy** of the exhibits and witness list to: NMC_CD@nvb.uscourts.gov or deliver a thumb or flash drive to the Courtroom Deputy with all trial exhibits, witness list,

declarations, and exhibit log. **DO NOT file exhibits on the docket.**

All exhibits to which there is no objection shall be admitted by stipulation. Counsel may stipulate to an exhibit on one ground (e.g., foundation) while preserving objections on other grounds (e.g., relevance).

Any additional legal memoranda must be served and filed no later than **September 16, 2026**. All other applicable provisions of Local Rule 9017(c), (d), and (e) shall apply.

The **TRIAL** in this matter is scheduled for **September 23, 2026, at 9:30 a.m., IN-PERSON,** in the Foley Federal Building, 300 Las Vegas Blvd. South, Las Vegas, Nevada, in Courtroom #3, before Chief Judge Natalie M. Cox.

**IT IS SO ORDERED.**

Copies sent via CM/ECF ELECTRONIC FILING

# # #